# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC | **Case no.** _____ |
| Plaintiff | **Judge** _____ |
| v. | **RULE 7.1 DISCLOSURE STATEMENT** |
| Justin Maddix, et al. | |
| Defendants. | |

As required by Civil Rule 7.1, I certify that Plaintiff Oak 44 has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

 /s/ *Joshua M. Smith*
Joshua M. Smith (098835)
Jeffrey M. Nye (pro hac vice forthcoming)
Adam P. Stickney (pro hac vice forthcoming)
STAGNARO, SABA &
PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2999 (fax)
jms@sspfirm.com
jmn@sspfirm.com
aps@sspfirm.com