AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| Oak 44 Property Management, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:24-cv-00063 |
| Justin Maddix, et al. | ) |
| *Defendant* | ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Lowe's Companies, Inc., Attn: Legal Department (Law@Lowes.com)
1000 Lowe's Boulevard, Mooresville, NC 28117

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Please see Exhibit A (attached).

| Place: 2623 Erie Avenue, Cincinnati, OH 45208 or via electronic methods to jms@sspfirm.com | Date and Time: 14 days after service of subpoena |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____         _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Oak 44 Property Management, LLC , who issues or requests this subpoena, are:
Joshua M. Smith, Esq.; 2623 Erie Avenue, Cincinnati, OH 45208; jms@sspfirm.com; Phone: 513-533-6715

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 5:24-cv-00063

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Exhibit A

- Transaction details, invoices, order details, and any other documentation evidencing the purchases made with the Oak 44 Property Management, LLC company credit cards ending in *1014 and *1022 or/on Oak 44 Property Management, LLC-operated accounts from January 1, 2019 to December 31, 2023.
- Transaction details, invoices, order details, and any other documentation associated with the entity Park 12 Property Management, LLC from January 1, 2019 to December 31, 2023.
- Transaction details, invoices, order details, and any other documentation evidencing the purchases made for delivery to Mr. Justin Maddix or Mr. Stephen Wood at various Lowe's stores in Kentucky, including but not limited to the following:
    - E. Lexington Lowe's - 200 Old Todds Road, Lexington, KY 40509
    - Richmond Lowe's – 814 Eastern Bypass, Richmond, KY 40475
    - S. Louisville Lowe's – 9800 Preston Crossing Blvd., Louisville, KY 40229
    - N.E. Lexington Lowe's – 2300 Grey Lag Way, Lexington, KY 40509
    - S. Lexington Lowe's – 4055 Nichols Park Dr., Lexington, KY 40503
    - Mt. Sterling Lowe's – 550 Indian Mound Drive, Mt. Sterling, KY 40353
    - C. Louisville Lowe's – 2100 Bashford Manor Lane, Louisville, KY 40218