# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC<br><br>　　　　　Plaintiff<br>v.<br><br>Justin Maddix, et al.<br><br>　　　　　Defendants. | **Case no. 5:24-cv-0063**<br><br>**Judge Caldwell**<br><br>**PROPOSED ORDER GRANTING MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY** |

This matter came before the Court on Plaintiff Oak 44 Property Management, LLC's ("Plaintiff") Motion for Leave to Conduct Expedited Discovery.

Based upon the Motion and for good cause shown, this Court finds the Motion well-taken and is hereby **GRANTED**. As a result, Plaintiff has leave to conduct expedited discovery.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Judge Karen K. Caldwell

Submitted by:

/s/ *Joshua M. Smith*
Joshua M. Smith
Jeffrey M. Nye (pro hac vice forthcoming)
Adam P. Stickney (pro hac vice forthcoming)
STAGNARO, SABA &
PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208

(513) 533-6715
(513) 533-2999 (fax)
jms@sspfirm.com
jmn@sspfirm.com
aps@sspfirm.com