UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC | **Case no. 5:24-cv-0063** |
| Plaintiff | **Judge Caldwell** |
| v. | |
| Justin Maddix, et al. | **NOTICE OF PARTIAL WITHDRAWAL OF MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY (doc. 6).** |
| Defendants. | |

Plaintiff Oak 44 gives notice of the partial withdrawal of its motion for leave to conduct limited expedited discovery (doc. 6). That motion generally described the reasons for the expedited discovery and explained the need to serve a subpoena (doc. 6-1) on a real estate agent in order to discover the identity of the prospective buyer of certain real estate, and to alert the buyer to the claims relating to the real estate.

That subpoena is no longer necessary. The prospective buyer contacted Oak 44's counsel on March 20 and advised that he was aware of the claims, but also that he had already terminated the purchase contract for reasons unrelated to those claims. There thus is no prospective buyer at present, and no need to identify or give notice to anyone. Oak 44 will renew the motion in the future if necessary.

Respectfully submitted,

 /s/ Joshua M. Smith
Joshua M. Smith
Jeffrey M. Nye (pro hac vice forthcoming)
Adam P. Stickney (pro hac vice forthcoming)
STAGNARO, SABA &

1

PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2999 (fax)
jms@sspfirm.com
jmn@sspfirm.com
aps@sspfirm.com

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was served by ordinary U.S. Mail on March 20, 2024 on the following:

| | |
|---|---|
| Stephen Wood<br>251 Larue Apt. 408<br>Lexington, KY 40517 | Justin Maddix<br>202 Primrose Circle<br>Richmond, KY 40475 |
| Stephen Wood<br>2365 Harrodsburg Rd, Suite A205<br>Lexington, KY 40504 | Lexington 859 Service, LLC<br>c/o its registered agent<br>United States Corporation Agents, Inc.<br>9900 Corporate Campus Dr, Ste 3000<br>Louisville, KY 40223 |
| Cayman Lane, LLC<br>c/o its registered agent<br>Stephen Wood<br>251 Larue Apt 408<br>Lexington, KY 40517 | Park 12 Property Management, LLC<br>c/o its registered agent<br>Dan M. Rose Esq.<br>Rose Grasch Camenisch Mains<br>326 South Broadway<br>Lexington, KY 40508 |
| 5515, LLC<br>c/o its registered agent<br>Dan M. Rose Esq.<br>Rose Grasch Camenisch Mains<br>326 South Broadway<br>Lexington, KY 40508 | 5515 Hunt Club Ln LLC<br>c/o its registered agent<br>Stephen Wood<br>2365 Harrodsburg Rd, Suite A205<br>Lexington, KY 40504 |

Respectfully submitted,

 /s/ *Joshua M. Smith*
Joshua M. Smith