

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

Lexington

March 21, 2024

Case Number:  5:24-cv-63-KKC

To:  Adam P. Stickney
     Stagnaro, Saba & Patterson Co., L.P.A.
     2623 Erie Avenue
     Cincinnati, OH 4520

-------------------------------------

You have filed a pleading in our Court in the above-styled action.  Upon searching our records we cannot locate records indicating your admission to practice in the United States District Court, Eastern District of Kentucky.

Local Civil Rule 83 and Local Criminal Rule 57 of the Joint Local Rules for the United States Courts of the Eastern and Western Districts of Kentucky sets forth the procedure for attorney admission.

- **Admission to the Bar.**  An attorney may apply for admission to the Bar of the Court pursuant to Local Civil Rule 83.1 or Local Criminal Rule 57.1, a copy of which is enclosed with an Application for Admission.

- *Pro Hac Vice* **Admission.**  The procedure to practice in a particular case or admission *pro hac vice* is set forth in Local Civil Rule 83.2 or Local Criminal Rule 57.2, a copy of which is also enclosed.  A separate motion for each attorney is required for admission *pro hac vice.*

Please complete the information on the application and mail it to our office or file a motion to proceed *pro hac vice* within 30 days.   Upon admission to our Court, you must request e-filing privileges through your PACER account.

If you can provide documentation to reflect that you have been admitted to practice in our Court or if you have any questions, please contact the Clerk's Office.

Thank you for your assistance in this matter.

Robert R. Carr, Clerk

By:_*Kimberly Marsh*_____
          Deputy Clerk