UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC | **Case no. 5:24-cv-0063** |
| Plaintiff | **Judge Caldwell** |
| v. | |
| Justin Maddix, et al. | **MOTION FOR ADMISSION PRO HAC VICE** |
| Defendants. | |

Pursuant to E.D. Kentucky Rule 83.2(a), Joshua M. Smith, attorney for Plaintiff Oak 44 Property Management, LLC, in the above-referenced action, hereby moves the court to admit Jeffrey Michael Nye, *pro hac vice* to appear and participate as co-counsel in this case for Plaintiff Oak 44 Property Management, LLC.

Movant represents that Jeffrey M. Nye is a member of the Ohio and Indiana Bar and is currently admitted to practice, in active status, and a member in good standing of the highest court of Ohio and Indiana. Jeffery M. Nye is not currently nor has ever been disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar, or other admitting or licensing authority.

Jeffrey M. Nye consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct. Jeffrey M. Nye has completed the CM/ECF Electronic Learning Modules provided on the United States District Court, Eastern District of Kentucky website.

Jeffrey M. Nye's relevant identifying information as follows:

1

Business Telephone: (513) 533-6714
Business Fax: (513) 533-2999
Business Email Address: jmn@sspfirm.com
Business Address:    Stagnaro, Saba & Patterson Co. LPA
                     7373 Beechmont Ave.
                     Cincinnati, OH 45230

Respectfully submitted,

 /s/ *Joshua M. Smith*
Joshua M. Smith
Jeffrey M. Nye (pro hac vice forthcoming)
Adam P. Stickney (pro hac vice forthcoming)
STAGNARO, SABA &
PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2999 (fax)
jms@sspfirm.com
jmn@sspfirm.com
aps@sspfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and accurate copy of the foregoing was served by electronic and/or ordinary U.S. Mail on March 25, 2024:

| | |
|---|---|
| Stephen Wood<br>251 Larue Apt. 408<br>Lexington, KY 40517 | Justin Maddix<br>202 Primrose Circle<br>Richmond, KY 40475 |
| Stephen Wood<br>2365 Harrodsburg Rd, Suite A205<br>Lexington, KY 40504 | Lexington 859 Service, LLC<br>c/o its registered agent<br>United States Corporation Agents, Inc.<br>9900 Corporate Campus Dr, Ste 3000<br>Louisville, KY 40223 |
| Cayman Lane, LLC<br>c/o its registered agent<br>Stephen Wood<br>251 Larue Apt 408<br>Lexington, KY 40517 | Park 12 Property Management, LLC<br>c/o its registered agent<br>Dan M. Rose Esq.<br>Rose Grasch Camenisch Mains<br>326 South Broadway<br>Lexington, KY 40508 |
| 5515, LLC<br>c/o its registered agent<br>Dan M. Rose Esq.<br>Rose Grasch Camenisch Mains<br>326 South Broadway<br>Lexington, KY 40508 | 5515 Hunt Club Ln LLC<br>c/o its registered agent<br>Stephen Wood<br>2365 Harrodsburg Rd, Suite A205<br>Lexington, KY 40504 |