# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC<br><br>　　　　Plaintiff<br>v.<br><br>Justin Maddix, et al.<br><br>　　　　Defendants. | Case no. 5:24-cv-0063<br><br>**Judge Caldwell**<br><br>**PROPOSED ORDER GRANTING MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY** |

This matter came before the Court on Plaintiff Oak 44 Property Management, LLC's ("Plaintiff") Motion for Admission Pro Hac Vice for Jeffrey Michael Nye.

Based upon the Motion and for good cause shown, this Court finds the Motion well-taken and is hereby **GRANTED**. As a result, Jeffrey Michael Nye is admitted to this Court *pro hac vice* and will participate as co-counsel for Plaintiff Oak 44 Property Management, LLC.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Judge Karen K. Caldwell


Submitted by:

*/s/ Joshua M. Smith*
Joshua M. Smith
Jeffrey M. Nye (pro hac vice forthcoming)
Adam P. Stickney (pro hac vice forthcoming)
STAGNARO, SABA &
PATTERSON CO., L.P.A.

2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2999 (fax)
jms@sspfirm.com
jmn@sspfirm.com
aps@sspfirm.com