UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC<br><br>　　　　　Plaintiff<br>v.<br><br>Justin Maddix, et al.<br><br>　　　　　Defendants. | Case no. 5:24-cv-0063<br><br>Judge Caldwell<br><br>ORDER GRANTING MOTION FOR LEAVE TO CONDUCT EXPEDITED DISCOVERY |

This matter came before the Court on Plaintiff Oak 44 Property Management, LLC's ("Plaintiff") Motion for Admission Pro Hac Vice for Jeffrey Michael Nye.

Based upon the Motion and for good cause shown, this Court finds the Motion well-taken and is hereby **GRANTED (DE #10)**. As a result, Jeffrey Michael Nye is admitted to this Court *pro hac vice* and will participate as co-counsel for Plaintiff Oak 44 Property Management, LLC.

　　IT IS SO ORDERED.

　　This 26th day of March, 2024.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

Submitted by:

/s/ Joshua M. Smith
Joshua M. Smith
Jeffrey M. Nye (pro hac vice forthcoming)
Adam P. Stickney (pro hac vice forthcoming)
STAGNARO, SABA &
PATTERSON CO., L.P.A.

2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2999 (fax)
jms@sspfirm.com
jmn@sspfirm.com
aps@sspfirm.com