UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC | Case no. 5:24-cv-0063 |
| Plaintiff | Judge Caldwell |
| v. | |
| Justin Maddix, et al. | PROPOSED ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE FOR ADAM P. STICKNEY |
| Defendants. | |

This matter came before the Court on Plaintiff Oak 44 Property Management, LLC's ("Plaintiff") Motion for Admission Pro Hac Vice for Adam P. Stickney.

Based upon the Motion and for good cause shown, this Court finds the Motion well-taken and is hereby **GRANTED**. As a result, Adam P. Stickney is admitted to this Court *pro hac vice* and will participate as co-counsel for Plaintiff Oak 44 Property Management, LLC.

IT IS SO ORDERED.

                                                                                   _____

                                                                                  Judge Karen K. Caldwell

Submitted by:

*/s/ Joshua M. Smith*
Joshua M. Smith
Jeffrey M. Nye (pro hac vice forthcoming)
Adam P. Stickney (pro hac vice forthcoming)
STAGNARO, SABA &
PATTERSON CO., L.P.A.

2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2999 (fax)
jms@sspfirm.com
jmn@sspfirm.com
aps@sspfirm.com