UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC<br><br>   Plaintiff<br>v.<br><br>Justin Maddix, et al.<br><br>   Defendants. | CIVIL CASE NO. 5:24-cv-63-KKC<br><br>ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE FOR ADAM P. STICKNEY |

This matter came before the Court on Plaintiff Oak 44 Property Management, LLC's ("Plaintiff") Motion for Admission Pro Hac Vice for Adam P. Stickney.

Based upon the Motion and for good cause shown, this Court finds the Motion well-taken and is hereby **GRANTED (DE #12)**. As a result, Adam P. Stickney is admitted to this Court *pro hac vice* and will participate as co-counsel for Plaintiff Oak 44 Property Management, LLC.

This 29th day of March, 2024.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY