UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) ) ) | PLAINTIFF |
| vs. | ) ) | |
| JUSTIN MADDIX; STEPHEN WOOD; LEXINGTON 859 SERVICE, LLC; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; 5515 HUNT CLUB LN LLC | ) ) ) ) ) ) | Case No. 5:24-cv-00063 DEFENDANTS |

\* \* \* \*

**DEFENDANT CAYMAN LANE, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

\* \* \* \*

Comes the Defendant Cayman Lane, LLC ("Cayman Lane"), by counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states as follows: Cayman Lane does not have a parent corporation and no public corporation owns more than ten percent (10%) of its stock.

Respectfully submitted,

/s/James M. Mooney
Dan M. Rose, Esq.
J. Wesley Harned, Esq.
James M. Mooney, Esq.
ROSE CAMENISCH STEWART PLLC
326 South Broadway
Lexington, Kentucky 40508
Phone: (859) 721-2100
E-mail: dan.rose@rcsmlaw.com
         wes.harned@rcsmlaw.com
         jim.mooney@rcsmlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following by ordinary U.S. Mail and/or where permitted, through the Court's E-Filing System on the 29th day of March, 2024:

Joshua M. Smith, Esq. (jms@sspfirm.com)
Jeffrey M. Nye, Esq. (jmn@sspfirm.com)
Adam P. Stickney, Esq. (aps@sspfirm.com)
STAGNARO, SABA & PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio  45208

/s/James M. Mooney
James M .Mooney

Attorney for Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC