**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) ) | PLAINTIFF |
| | ) | |
| vs. | ) ) | |
| JUSTIN MADDIX; STEPHEN WOOD; LEXINGTON 859 SERVICE, LLC; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; 5515 HUNT CLUB LN LLC | ) ) ) ) ) ) | Case No. 5:24-cv-00063  DEFENDANTS |

\* \* \* \*
**MOTION FOR EXPEDITED RELEASE OF *LIS PENDENS***
\* \* \* \*

Come the Defendants Stephen Wood and Cayman Lane, LLC, by counsel, and jointly move this Court to order the release of the Notice of *Lis Pendens* recorded by the Plaintiff with the Fayette County Court Clerk and appearing of record in Encumbrance Book 814, Page 424 upon the ground that the Complaint filed herein does not affect the right, title, and interest of the Defendant Cayman Lane, LLC in and to the real property known as 3660 Cayman Lane, Lexington, Fayette County, Kentucky 40509 as required by Kentucky law and the same should be released. The Defendants reserve any and all defenses available to them under Fed. R. Civ. P. 12(b), including, but not limited to, lack of personal jurisdiction, improper venue, insufficient process, and insufficient service of process, and file this Motion for the limited purpose of

1

seeking the release of the *Lis Pendens* filed by the Plaintiff simultaneously with its Complaint. A memorandum of law is attached hereto.

Respectfully submitted,

/s/James M. Mooney
Dan M. Rose, Esq.
J. Wesley Harned, Esq.
James M. Mooney, Esq.
ROSE CAMENISCH STEWART PLLC
326 South Broadway
Lexington, Kentucky 40508
Phone: (859) 721-2100
E-mail: dan.rose@rcsmlaw.com
   wes.harned@rcsmlaw.com
   jim.mooney@rcsmlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following by ordinary U.S. Mail and/or where permitted, through the Court's E-Filing System on the 29th day of March, 2024:

Joshua M. Smith, Esq. (jms@sspfirm.com)
Jeffrey M. Nye, Esq. (jmn@sspfirm.com)
Adam P. Stickney, Esq. (aps@sspfirm.com)
STAGNARO, SABA & PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208

/s/James M. Mooney
James M .Mooney

Attorney for Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC

2