**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) | PLAINTIFF |
| | ) | |
| vs. | ) | |
| | ) | |
| JUSTIN MADDIX; STEPHEN WOOD; | ) | Case No. 5:24-cv-00063 |
| LEXINGTON 859 SERVICE, LLC; | ) | |
| CAYMAN LANE, LLC; PARK 12 | ) | |
| PROPERTY MANAGEMENT LLC; 5515, | ) | |
| LLC; 5515 HUNT CLUB LN LLC | ) | DEFENDANTS |

**\* \* \* \***
**ORDER GRANTING MOTION FOR EXPEDITED RELEASE OF *LIS PENDENS***
**\* \* \* \***

This matter having come before the Court on the motion filed herein by the Defendants Stephen Wood and Cayman Lane, LLC requesting the expedited release of that certain Notice of *Lis Pendens* filed of record with the Fayette County Court Clerk by the Plaintiff on real property owned by the Defendant Cayman Lane, LLC, and the Court having reviewed the record and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendants' Motion for Expedited Release of *Lis Pendens* is **GRANTED**, and the Plaintiff is **HEREBY ORDERED** to release forthwith its Notice of L*is Pendens* on that certain real property owned by the Defendant Cayman Lane, LLC located at 3660 Cayman Lane, Lexington, Kentucky 40509 and appearing of record in the Fayette County Court Clerk's Office in Encumbrance Book 814, Page 424.

Dated this the _____ day of March, 2024.

 

_____
Karen K. Caldwell, Judge
United States District Court for the Eastern District of Kentucky