**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) ) | PLAINTIFF |
| | ) | |
| vs. | ) | |
| | ) | |
| JUSTIN MADDIX; STEPHEN WOOD; | ) | Case No. 5:24-cv-00063 |
| LEXINGTON 859 SERVICE, LLC; | ) | |
| CAYMAN LANE, LLC; PARK 12 | ) | |
| PROPERTY MANAGEMENT LLC; 5515, | ) | |
| LLC; 5515 HUNT CLUB LN LLC | ) | DEFENDANTS |

**\* \* \* \***
**MOTION FOR *PRO HAC VICE* ADMISSION OF GEORGE D. RIKOS**
**\* \* \* \***

Pursuant to Local Rule 83.2 of the United States District Court for the Eastern District of Kentucky, Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC ("Defendants"), by counsel, hereby move the Court for the admission *pro hac vice* of George D. Rikos for all purposes in this matter.

In support of this Motion, and as set forth in Affidavit of George D. Rikos, which is attached hereto as Exhibit A and incorporated herein by reference, the Defendants state that (i) George D. Rikos is a member in good standing of the Bar for the State of California, (ii) George D. Rikos has never been disbarred, suspended from practice or subject to any other disciplinary action by any court, state, territory or the District of Columbia, (iii) George D. Rikos consents to be subject to and bound by the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and the Local Rules of the United States District Court for the Eastern District of Kentucky; (iv) the requisite fee for *pro hac vice* admission is submitted herewith; (v) George D. Rikos will serve as co-counsel with the undersigned members of this Bar, Dan M. Rose, J. Wesley Harned, and James M. Mooney, of the firm of Rose Camenisch Stewart Mains PLLC in

1

this matter; and (vi) George D. Rikos has completed the necessary training for use of the Court's

electronic filing system.  A certificate of good standing issued by the highest court of the State of

California – which is the state in which George D. Rikos resides – is attached hereto as <u>Exhibit B</u>

and incorporated herein by reference.

      **WHEREFORE**, in light of the foregoing and the attached, the Defendants request that this

Motion be granted pursuant to the terms of the proposed order attached hereto and that George D.

Rikos be admitted *pro hac vice*.

      Dated this the 29th day of March, 2024.

               Respectfully submitted,

               /s/James M. Mooney
               Dan M. Rose, Esq.
               J. Wesley Harned, Esq.
               James M. Mooney, Esq.
               ROSE CAMENISCH STEWART PLLC
               326 South Broadway
               Lexington, Kentucky  40508
               Phone: (859) 721-2100
               E-mail:dan.rose@rcsmlaw.com
                      wes.harned@rcsmlaw.com
                      jim.mooney@rcsmlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following by ordinary U.S. Mail and/or where permitted, through the Court's E-Filing System on the 29th day of March, 2024:

Joshua M. Smith, Esq. (jms@sspfirm.com)
Jeffrey M. Nye, Esq. (jmn@sspfirm.com)
Adam P. Stickney, Esq. (aps@sspfirm.com)
STAGNARO, SABA & PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio  45208

/s/James M. Mooney
James M .Mooney

Attorney for Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC