UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) | PLAINTIFF |
| | ) | |
| vs. | ) | |
| | ) | |
| JUSTIN MADDIX; STEPHEN WOOD; LEXINGTON 859 SERVICE, LLC; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; 5515 HUNT CLUB LN LLC | ) | DEFENDANTS |

\* \* \* \*

**AFFIDAVIT OF GEORGE D. RIKOS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

\* \* \* \*

Affiant, George D. Rikos, being first duly sworn, and pursuant to Local Rule 83.2 of the United States District Court for the Eastern District of Kentucky, hereby states as follows:

1. I have personal knowledge of the facts stated herein.

2. I am admitted to practice before the courts of the State of California.

3. I am a member in good standing of the Bar for State of California and I have never been disbarred, suspended from practice or subject to any other disciplinary action by any court, state, territory or the District of Columbia.

4. I am an attorney with the Law Office of George Rikos, 555 West Beech Street, #500, San Diego, CA 92101.

5. I have associated myself with Dan M. Rose, J. Wesley Harned, and James M. Mooney of the firm of Rose Camenisch Stewart Mains PLLC, who are members of the Bar of this Court, in this matter.

EXHIBIT A

6. I consent to be subject to and bound by the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct and the Local Rules of the United States District Court for the Eastern District of Kentucky.

7. I have received training on the CM/ECF system from the United States District Court for the Southern District of California and I have filed documents electronically with said court.

8. Further Affiant sayeth naught.

Dated this the 29 day of March, 2024.

George D. Rikos
Law Office of George Rikos
555 West Beech Street, #500
San Diego, California 92101
Phone: (858) 342-9161
Email: george@georgerikoslaw.com

STATE OF CALIFORNIA )
                    )ss:
COUNTY OF SAN DIEGO )

The foregoing was acknowledged before me this the 29 day of March, 2024, by George D. Rikos.

KI HOON CHOI
COMM. # 2469842
NOTARY PUBLIC • CALIFORNIA
San Diego County
My Commission Expires
December 1, 2027

Notary Public, California, State-at-Large
My Commission Expires: December 01, 2027
Notary ID#: 2469842