UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) ) ) | PLAINTIFF |
| vs. | ) ) | |
| JUSTIN MADDIX; STEPHEN WOOD; LEXINGTON 859 SERVICE, LLC; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; 5515 HUNT CLUB LN LLC | ) ) ) ) ) ) | Case No. 5:24-cv-00063<br><br>DEFENDANTS |

\* \* \* \*

## ORDER GRANTING GEORGE D. RIKOS ADMISSION TO PRACTICE *PRO HAC VICE*

\* \* \* \*

This matter having come before the Court upon the motion pursuant to Local Rule 83.2 of the United States District Court for the Eastern District of Kentucky for the admission *pro hac vice* of George D. Rikos as co-counsel for the Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC, and the Court having considered the matter and being sufficiently advised,

**IT IS HEREBY ORDERED** that the motion for admission *pro hac vice* of George D. Rikos is **GRANTED**. The admission fee having been paid, George D. Rikos shall be admitted to appear *pro hac vice* as co-counsel for the Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC, and shall be subject to the jurisdiction and rules of this Court and the Kentucky Supreme Court governing professional conduct.

Dated this the \_\_\_\_ day of March, 2024.

_____
Karen K. Caldwell, Judge
United States District Court for the Eastern
District of Kentucky