UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) ) ) | PLAINTIFF |
| vs. | ) ) | |
| JUSTIN MADDIX; STEPHEN WOOD; LEXINGTON 859 SERVICE, LLC; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; 5515 HUNT CLUB LN LLC | ) ) ) ) ) ) | Case No. 5:24-cv-00063<br><br>DEFENDANTS |

\* \* \* \*

## ORDER GRANTING GEORGE D. RIKOS ADMISSION TO PRACTICE
### *PRO HAC VICE*
\* \* \* \*

This matter having come before the Court upon the motion pursuant to Local Rule 83.2 of the United States District Court for the Eastern District of Kentucky for the admission *pro hac vice* of George D. Rikos as co-counsel for the Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC, and the Court having considered the matter and being sufficiently advised,

**IT IS HEREBY ORDERED** that the motion for admission *pro hac vice* of George D. Rikos is **GRANTED**. The admission fee having been paid, George D. Rikos shall be admitted to appear *pro hac vice* as co-counsel for the Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC, and shall be subject to the jurisdiction and rules of this Court and the Kentucky Supreme Court governing professional conduct.

Dated this the 1st day of April, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY