IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) |
| PLAINTIFF, | ) |
| V. | ) |
| | ) C.A. No. 5:24-CV-00063-KKC |
| JUSTIN MADDIX, et al. | ) |
| DEFENDANTS. | ) |
| AND | ) |
| JUSTIN MADDIX | ) |
| COUNTER-PLAINTIFF AND THIRD PARTY PLAINTIFF | ) |
| V. | ) |
| OAK 44 PROPERTY MANAGEMENT, LLC | ) |
| COUNTER-DEFENDANT | ) |
| AND | ) |
| JOHN GASTON | ) |
| THIRD-PARTY DEFENDANT | ) |

**<u>DISCLOSURE STATEMENT</u>**

As required by Civil Rule 7.1, I certify that Defendant, Lexington 859 Service, LLC has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

/s/ James O'Toole

Smith, O'Toole, & Brooke
3080 Harrodsburg Rd., Suite 101
Lexington, KY 40503
jotoole@soblawfirm.com