IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | |
| | ) | C.A. No. 5:24-CV-00063-KKC |
| JUSTIN MADDIX, | ) | |
| STEPHEN WOOD, | ) | |
| LEXINGTON 859 SERVICE, LLC, | ) | |
| CAYMAN LANE, LLC, | ) | |
| PARK 12 PROPERTY MANAGEMENT LLC | ) | |
| 5515, LLC, and | ) | |
| 5515 HUNT CLUB LN, LLC | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| JUSTIN MADDIX | ) | **NOTICE OF FILING** |
| | ) | |
| COUNTER-PLAINTIFF AND | ) | |
| THIRD PARTY PLAINTIFF | ) | |
| V. | ) | |
| | ) | |
| OAK 44 PROPERTY MANAGEMENT, LLC | ) | |
| | ) | |
| COUNTER-DEFENDANT | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| JOHN GASTON | ) | |
| | ) | |
| THIRD-PARTY DEFENDANT | ) | |

COMES NOW, the Counter-Plaintiff and Defendants Justin Maddix, and Lexington 859

Service, LLC, by and through counsel, Smith O'Toole and Brooke, and gives notice of the filing

of Summons on Third-Party Complaint.

Respectfully submitted,

/s/ *James O'Toole*

Smith O'Toole & Brooke
3080 Harrodsburg Rd., Suite 101
Lexington, KY 40503
(859) 785-4010
jotoole@SOBlawfirm.com