AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

OAK 44 PROPERTY MANAGEMENT, LLC )
*Plaintiff* )
v. )   Civil Action No. 5:24-CV-00063
JUSTIN MADDIX, ET AL )
*Defendant, Third-party plaintiff* )
v. )
JOHN GASTON )
*Third-party defendant* )

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  JOHN GASTON
8035 EXPEDITION WAY
PEORIA, ARIZONA 85383

A lawsuit has been filed against defendant  JUSTIN MADDIX , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  OAK 44 .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
JAMES O'TOOLE
3080 HARRODSBURG ROAD, SUITE 101
LEXINGTON, KY 40503

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
JEFFREY M NYE
7373 BEECHMONT AVE, CINCINCATTI, OH 45230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: 4/23/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*   KM

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 5:24-CV-00063

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: