

**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

WY Secretary of State
FILED: 10/26/2020 12:35 PM
Original ID: 2020-000939120
Amendment ID: 2020-003041718

## Limited Liability Company
## Amendment to Articles of Organization

1. Name of the limited liability company:

   Oak 44 Capital Property Management, LLC

2. The date of filing its articles of organization: 08/21/2020

3. Article number(s) [ ] is amended as follows:
   *Article number(s) is not your filing ID number. Example: 2000-000123456*

   The name of the limited liability company is: Oak 44 Property Management LLC

Signature: _____   Date: 10.12.20
(Shall be executed by a person authorized by the company.)   (mm/dd/yyyy)

Print Name: John Gaston         Contact Person: John Gaston
Title: Manager                  Daytime Phone Number: 623/337-7181
                                Email: johngaston@gmail.com
                                       John d gaston @ gmail.com
(Email provided will receive annual report reminders and filing evidence)
*May list multiple email addresses

### Checklist
- [ ] **Filing Fee: $50.00**  Make check or money order payable to Wyoming Secretary of State.
- [ ] Please submit one **originally signed** document.
- [ ] **Typical processing time is 3-5 business days** following the date of receipt in our office.
- [ ] *Refer to original articles of organization to determine the specific article number being amended or use the next number in sequence if you are adding an article.
- [ ] Please review form prior to submitting to the Secretary of State to ensure all areas have been completed to avoid a delay in the processing of your documents.

EXHIBIT 2

LLC-Amendment – Revised August 2019

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF NAME CHANGE

Current Name: **Oak 44 Property Management, LLC**
Old Name: **Oak 44 Capital Property Management, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **26th** day of **October**, **2020**



Filed Date: 10/26/2020

*Edward A. Buchanan*
Secretary of State

By: _____Bailey Johnson_____