Business Center                                                                 Online Services ▸ Search ▸

# DETAIL                           RETURN TO YOUR SEARCH       FILE YOUR ANNUAL REPORT

### Oak 44 Property Management, LLC

This detail reflects the current data for the filing in the system.                           Print

**Name**
Oak 44 Property Management, LLC

| | | |
|---|---|---|
| **Filing ID** <br> 2020-000939120 | **Status** <br> Inactive - Administratively Dissolved (Tax) | **Fictitious Name** |
| **Type** <br> Limited Liability Company - Domestic | **Sub Status** <br> Archived | |
| | **Initial Filing** <br> 08/21/2020 | |
| **Standing - Tax** <br> Delinquent | **Inactive Date** <br> 10/09/2021 | |
| **Standing - RA** <br> Good | **Term of Duration** <br> Perpetual | |
| **Standing - Other** <br> Good | **Formed In** <br> Wyoming | |

**Principal Office**
9845 E. Bell Rd. Ste. 110
9845 E. Bell Rd. Ste. 110
Scottsdale, ARIZONA (AZ) 85260
USA

**Mailing Address**
9845 E. Bell Rd. Ste. 110
Scottsdale
Scottsdale, ARIZONA (AZ) 85260
USA

### Additional Details

**Registered Agent:**
Registered Agent Solutions, Inc.
1603 Capitol Ave Suite 310
Cheyenne, WY 82001 USA

**Latest AR/Year**
**AR Exempt**
**License Tax Paid**

### History

| | |
|---|---|
| System Archive - 2023-004413576 | Date: 10/10/2023 |
| RA Information Change - 2022-003639657 | Date: 04/13/2022 |
| RA Name/Address Change - 2022-003591087 | Date: 03/03/2022 |

EXHIBIT 3

| Dissolution / Revocation - Tax - 2021-003443608 | Date: 10/09/2021 |
|---|---|

Filing Status Changed From: **Active** To: **Inactive - Administratively Dissolved (Tax)**
Inactive Date Changed From: **No Value** To: **10/09/2021**

| Delinquency Notice - Tax - 2021-003287416 | Date: 08/02/2021 |
|---|---|

| Name Change - 2020-003041718 📄 | Date: 10/26/2020 |
|---|---|

| Initial Filing - See Filing ID 📄 | Date: 08/21/2020 |
|---|---|

**Public Notes**

No Public Notes Found...

**Parties**

| Roland Wiederaenders (Organizer) | Organization: |
|---|---|
| Address: 7500 Rialto Blvd Bldg 1 Ste 250, Austin, Texas 78735 | |