202403040118
FAYETTE CO. KY FEE $46.00
RECORDED: 03/04/2024 02:12:30 PM
SUSAN LAMB
CLERK
BY: MELISSA STELTER
DEPUTY CLERK
BK: EB 814
PG: 424 - 425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC | Case no. 5:24-cv-00063 |
| Plaintiff | Judge Karen K. Caldwell |
| v. | NOTICE OF LIS PENDENS |
| Justin Maddix, et al. | |
| Defendants. | |

Please take notice Oak 44 Property Management, LLC has filed a complaint affecting the right, title, and interest of the following: Cayman Lane, LLC, in and to the real property known as 3660 Cayman Lane, Lexington, KY 40509, located in Fayette County, Kentucky, and more fully described in the attached Exhibit A.

The name of the action is *Oak 44 Property Management, LLC v. Justin Maddix, et al.* The court is the United States District Court for the Eastern District of Kentucky. The case number is 5:24-cv-00063.

Respectfully submitted,

Joshua M. Smith

Prepared by and return to:

Joshua M. Smith
2623 Erie Avenue
Cincinnati, OH 45208

EXHIBIT 4

## EXHIBIT A

BEING all of Lot No. 39, Block A, Unit 2-D of the Greenbrier Estates Subdivision, Lexington, Fayette County, Kentucky, a plat which is found of record in Plat Cabinet A, Slide 471, in the office of the Fayette County Clerk; said premises being known and designated as 3660 Cayman Lane.

Being the same property conveyed to HAAS & HAAS REAL ESTATE, LLC, a Kentucky limited liability company, by deed dated December 18, 2020 of record in Deed Book 3808, Page 225, in the Fayette County Clerk's Office.