dotloop signature verification: dtlp.us/iUSn-rEy5-2ame

**Property Address** 3660 Cayman Lane, Lexington, KY 40509        **Zip Code** 40509      **Contract #** 65314-3660



## OFFER TO PURCHASE CONTRACT
(This form prepared by Bluegrass REALTORS for exclusive use of members)



Date 02/08/2024

1. BUYER offers and agrees to pay the sum of $ 1,325,000.00 _____ through McConnell Real Estate, Inc. and Berkshire Hathaway HomeServices Foster Realtors _____ for the following property located in Fayette County, Kentucky, and more particularly described as follows: 3660 Cayman Lane, Lexington, KY  40509, PVA Parcel # 24770100; A-471 Greenbriar Estates Lot 39 which includes a single story home with basement on 1.055 acres with all improvements thereon, plus all articles so attached or built in which, if removed, would leave the premises in a damaged, incomplete, or unfinished condition, plus the following items that will convey with the property:

All current appliances including, but not limited to Viking Brand refrigerator, range top and vent, ovens, dishwasher, wine cooler, Sharp Brand microwave.

2. **EARNEST MONEY:**    As evidence of BUYER'S good faith to bind this contract, earnest money in the sum of $ 10,000.00 _____ check (☑) cash (☐) is hereby deposited in escrow with McConnell Real Estate, Inc. to be credited to BUYER at closing. Said earnest money shall only be removed from said escrow account pursuant to KRS 324.111.

3. **BALANCE OF PURCHASE PRICE:** To be paid as follows:

☐ (a) **CASH**: The balance of the purchase price in the amount of $ _____ shall be paid on delivery of deed.

☑ (b) **NEW FINANCING**: Balance of down payment ($ 490,000.00 _____ ) on delivery of deed, and mortgage portion of the purchase price as follows:

BUYER to obtain a Conv      loan in the amount of $ 825,000.00 _____ at an interest rate not to exceed 6.75 _____ %.
(Conv, FHA, VA)

This loan (with a maximum adjustment for first adjustment period na ____%, maximum adjustment for life of the loan na _____%) to be amortized for a period of 30 _____ years, with monthly payments of approximately $ 5,188.00 _____ for principal and interest and a total approximate payment of $ 5,774.00 _____ which would include taxes, insurance, but does not include mandatory association fees of $ na _____ per na _____ . na _____ agrees to pay necessary discount fee not to exceed na ____% of new loan amount.
(BUYER/SELLER)

BUYER agrees to apply for and lock in the above-mentioned loan within five (5) calendar days from the date of acceptance of this CONTRACT and shall proceed with due diligence to obtain financing.  Should BUYER be unable to obtain financing, this CONTRACT shall be null and void, and the earnest money shall be refunded to Buyer.  BUYER agrees to pay own closing costs and prepaid items at time of closing.

☐ FHA/VA SALE ONLY: It is expressly agreed that notwithstanding any other provisions of this contract, the purchaser shall not be obligated to complete the purchase of the property described herein or to incur any penalty by forfeiture of earnest money deposits otherwise unless the purchaser has been given in accordance with HUD/FHA or VA requirements a written statement by the Federal Housing Commissioner, Veterans Administration or a Direct Endorsement lender setting forth the appraised value of the property of not less than $ _____ (should be at least the sales price).  The Purchaser shall have the privilege and option of proceeding with consummation of the contract without regard to the amount of the appraised valuation.  The appraised valuation is arrived at to determine the maximum mortgage the U.S. Department of Housing and Urban Development (HUD) will insure.  HUD does not warrant the value nor the condition of the property.  The purchaser should satisfy himself/herself that the price and condition of the property are acceptable.

REAL ESTATE CERTIFICATION
We, the borrower, seller, and the selling real estate agent or broker involved in the sales transaction certify by our signatures below that the terms and conditions of the sales contract are true to the best of our knowledge and belief, and that any other agreement entered into by any of these parties in connection with this real estate transaction is part of, or attached to, the sales agreement.

We fully understand that it is a Federal crime, punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, U.S.C.,, Section 1014.

The undersigned hereby certify that they have read the above regarding FHA/VA transactions.

| Purchaser | _____ | Seller | _____ |
| Purchaser | _____ | Seller | _____ |
| Buyer Agent | Date | Listing Agent | Date |

1

| *FM* | | *DM* | | *SW* | | | |
|------|-|------|-|------|-|-|-|
| 02/09/24 | | 02/09/24 | | 02/09/24 | | | |
| BUYER's Initials | Date/Time | BUYER's Initials | Date/Time | SELLER's Initials | Date/Time | SELLER's Initials | Date/Time |

EXHIBIT 5

Rev 5/21

dotloop signature verification: dtlp.us/iUSn-rEy5-2ame

**Property Address** 3660 Cayman Lane, Lexington, KY 40509     **Zip Code** 40509     **Contract #** 65314-3660

☐  (c) **LOAN ASSUMPTION**:  (See addendum Form #42)

4.  **PRORATION:** All rents, taxes, interest, association fees, and assessments shall be adjusted and prorated to date of transfer of deed.

5.  **RENT DEPOSITS:** Rental security deposits and advance rents shall be transferred by SELLER to the BUYER at closing.

6.  **RISK OF LOSS:** All risk of loss or damage to the premises by fire or other casualty or cause shall remain with SELLER until date of closing.  If, prior to closing, the premises shall be so damaged and the cost of repair is less than ten (10) % of the purchase price herein, SELLER shall, at his/her cost, promptly repair said damage in a good and workmanlike manner.  If the costs of said repairs exceed ten (10) % of the purchase price herein, BUYER shall have the option to declare this contract null and void, and receive a refund of the earnest money deposit, or BUYER may complete settlement, accepting the premises as damaged together with the proceeds of any insurance payable as a result of such damage.  SELLER shall maintain adequate insurance in effect until closing for the benefit of both parties.

7.  **INSPECTIONS:** The parties hereto acknowledge that the Realtors do not recommend inspection companies or other vendors.  All inspections are to be ordered by the BUYER, (unless otherwise provided herein) paid for by the BUYER and shall be ordered from companies that are recognized in their respective industries as being qualified to make the required inspection, and licensed, where possible.  The parties hereto release the above Realtors and real estate companies from, and waive, any and all claims arising out of or connected with any services or products provided by any vendor.

   (a) Until closing, SELLER agrees to maintain property, its systems, appliances and equipment in normal operating condition, and to keep the roof water-tight and to maintain the grounds unless agreed otherwise in writing.

   (b) BUYERS and/or their representatives shall have reasonable access and right of entry to the premises for the purpose of conducting the below inspections.  It is understood and agreed that at closing, the BUYER accepts the property as satisfactory, unless otherwise agreed in writing and that the SELLER and REALTOR(s) shall have no further responsibility with reference thereto to BUYER.  Any representations shall terminate at the time of closing and neither SELLER nor SELLER's REALTOR makes any representations as to operation and condition of the property and its improvements.

   (c) **WOOD DESTROYING INSECT INFESTATION INSPECTION**: Prior to closing, BUYER may obtain and pay for (except in VA sale, where payment is to be made by SELLER as required by law, VA Form 26-8850/HUD 92053), a wood destroying insect infestation inspection certificate for all of the property and its improvements signed by a technician (certified by the Kentucky division of Pesticides and employed by a duly insured and Kentucky Licensed structural pest control person).  Said certificate shall clearly indicate that all improvements located on the property were inspected.  SELLER shall remove all personal belongings and/or debris that might obstruct a thorough inspection of the property and its improvements both on the inside and outside of the improvements.

   In the event of visible evidence of active wood destroying insects is observed, SELLER shall, at SELLER's expense, have the property properly treated by a qualified technician prior to closing, and present proof of said treatment to the BUYER at closing.  In the event visible damage from active or prior infestation is noted, repairs shall be made by the SELLER prior to closing if said repairs can be made for an amount not exceeding one percent (1%) of the sales price. However, if the cost of said repairs exceeds said amount, the payment for said repairs shall be negotiated in good faith between BUYER and SELLER within three (3) calendar days of receipt of said certificate.  If the BUYER and SELLER cannot agree on payment for the repairs, this contract is voidable at the option of either party and earnest money refunded to BUYER.

   (d) **OTHER INSPECTIONS** (CHECK ONE OF THE 3 CONDITIONS)

   (1) ☐   The BUYER hereby agrees that he/she has inspected the property and hereby accepts the property and its improvements in its present "**AS-IS**" condition; with no warranties, expressed or implied, by SELLER and/or Realtors.

   ***OR***

   (2) ☐   The BUYER hereby agrees that he/she has inspected the property and hereby accepts the property and its improvements in its present "**AS-IS**" condition; with no warranties, expressed or implied, by SELLER and/or Realtors. BUYER may have the property inspected and may declare the contract null and void, with earnest money returned to the BUYER, by notifying SELLER or SELLER's agent in writing within _____ days from contract acceptance.  Failure to

2

| _FM_ | | _DM_ | | _SW_ | | | |
|------|--|------|--|------|--|--|--|
| 02/09/24 | | 02/09/24 | | 02/09/24 | | | |
| BUYER's Initials | Date/Time | BUYER's Initials | Date/Time | SELLER's Initials | Date/Time | SELLER's Initials | Date/Time |
| dotloop verified | | dotloop verified | | dotloop verified | | | |

**Property Address** 3660 Cayman Lane, Lexington, KY 40509     **Zip Code** 40509     **Contract #** 65314-3660

have inspection and notify SELLER or SELLER's agent in writing within said time shall constitute a waiver of this inspection clause and an acceptance of the property in its "as-is" condition.  The time frame established in this paragraph is an absolute deadline.

**\*\*\*OR\*\*\***

(3) ☑  The BUYER accepts the property and its improvements in their "**AS-IS**" condition as stated here-in, except for the following inspections (mark on line FOLLOWING item):    complete property __☑__;     OR     heating system __☐__; air conditioning system __☐__; plumbing __☐__; electrical systems __☐__; appliances __☐__; roof __☐__; structural __☐__; fireplace/chimney __☐__; septic system __☐__; well/cistern __☐__; radon __☐__; asbestos __☐__; swimming pool __☐__; hot tub/spa __☐__; lead paint __☐__; concrete __☐__; mold __☐__; others _____.  Inspections are not to ascertain the cosmetic imperfections of the real property or personal property that the BUYER has already considered in determining the purchase price.  The BUYER understands the SELLER is not required to bring property to the current building code.  The BUYER understands that the SELLER is not required to perform the repairs listed in the inspector's report except as agreed in this subsection. **The BUYER understands and agrees that the inspector's report is not a repair list.**

The BUYER has carefully examined the premises and the improvements located thereon, and in making the decision to buy the property, the BUYER is relying wholly and completely upon BUYER's own judgment and the judgment of the BUYER'S inspectors.  BUYER understands that SELLER shall not be required to repair any defect disclosed on the Seller's Disclosure of Property Condition.

These inspections shall be ordered by the BUYER and paid for by the BUYER.  These inspections must be performed and BUYER must submit in writing to SELLER or SELLER's agent, within 15 ___ days of contract acceptance, a list of any repairs, from inspections report(s), needed to bring the inspected item(s) to their standard operating condition.  A request for a monetary allowance without a list of repairs will not constitute compliance with this request.  Failure to submit a list of repairs to SELLER or SELLER's agent in writing within said time shall constitute a waiver of this inspection clause and an acceptance of the property in its "as-is" condition.  The time frame established in this paragraph is an absolute deadline.

Repairs submitted in compliance with the paragraph above, shall be negotiated in good faith within four (4) days of Buyer submitting repairs to SELLER and/or SELLER's agent.  If BUYER and SELLER cannot agree on repairs, this contract is voidable at the option of either party with earnest money refunded to BUYER.  If upon failure to agree upon repairs, either party gives notice of intent to void the contract, then the other party shall, within three (3) days of receipt of notice have the right to:  if SELLER, agrees to make the necessary repairs, **OR** if BUYER, accepts the property in its as-is condition.

(e) BUYERS shall have the right to reinspect the property within forty-eight (48) hours prior to closing for the sole and exclusive purpose of satisfying themselves that the property is in equal or better condition than it was as of the date of the offer to purchase.

8. **DISCLOSURES:**

A. **SELLER DISCLOSURE OF PROPERTY CONDITION FORM:**  (CHECK ONE OF THE 2 CONDITIONS)

☑ (1)  SELLER warrants that there presently exist no known defects which would materially impair the fitness of the Property for its intended use, except as disclosed on said form.  Said form, signed by BUYER and SELLER, is incorporated into this contract by reference.

**\*\*\*OR\*\*\***

☐ (2) The Property is new construction and the SELLER/BUILDER is providing a warranty at closing.  Said warranty _____ (will/will not) be in writing.  Type of builder warranty is _____.

B.  **LEAD-BASED PAINT HAZARDS**: If the house upon subject property was built before 1978, a Disclosure of Information and Acknowledgment of Lead-Based Paint and/or Hazards Addendum, signed by the BUYER and SELLER, shall be incorporated into this contract by reference.

C.  **SCHOOLS**: BUYER understands that current school placements are not guaranteed and may be changed at any time.  The BUYER is advised to contact the appropriate board of education.

3

| _FM_ | | _DM_ | | _SW_ | | | |
|---|---|---|---|---|---|---|---|
| 02/09/24 dotloop verified | | 02/09/24 dotloop verified | | 02/09/24 dotloop verified | | | |
| BUYER's Initials | Date/Time | BUYER's Initials | Date/Time | SELLER's Initials | Date/Time | SELLER's Initials | Date/Time |

Rev 5/21

**Property Address** 3660 Cayman Lane, Lexington, KY 40509   **Zip Code** 40509   **Contract #** 65314-3660

D.   **TOTAL LIVING AREA:** BUYER is advised that representations relating to total living area are approximate and are not warranted.  The BUYER is advised to make an independent determination of total living area prior to entering into this CONTRACT.

E.   **PROPERTY BOUNDARY**: BUYER is advised that representations relating to the property's boundary are believed to be accurate, but are not warranted.  The BUYER is advised to have a pinned and staked survey prior to closing.

F.   **AGENCY DISCLOSURE**: BUYER and SELLER acknowledge they have received and read a copy of the Consumer Guide to Agency Relationships and the Agency Consent Agreement, as required by 201 KAR 11:400.

G.   **OWNER'S TITLE INSURANCE:**  BUYER understands that all defects in title may not be discovered by a title examination.  BUYER is advised to consult a Real Estate title insurance representative or an attorney regarding Owner's Title insurance.

H.   **HOME WARRANTY**:  If a home warranty is involved at the time of purchase, the BUYER acknowledges he/she has received and read the entire HOME WARRANTY PROGRAM AGREEMENT and understands the contents of the agreement.

9**.   MEDIATION:**   Any dispute or claim arising out of or relating to this contract, the breach of this contract, or the services provided in relation to this contract shall be submitted to mediation with a certified mediator.  Disputes shall include (among other things) issues relating to representations made by the BUYER, SELLER, any broker, other person or entity in connection with the sale, purchase or financing.  Any agreement signed by the parties pursuant to the mediation conference shall be binding.

The following matters are excluded from mediation hereunder: (a) judicial or non-judicial foreclosure or other action or proceeding to enforce a deed of trust, mortgage, or land contract; (b) an unlawful detainer action; (c) enforcement of a mechanic's lien; or (d) any matter which is within the jurisdiction of a probate court.  The filing of a judicial action to enable the recording of a pending action, for order of attachment, receivership, injunction, or other provisional remedies, shall not constitute a waiver of the right to mediate under this provision, nor shall it constitute a breach of the duty to mediate.

The parties agree that this clause survives the closing.

10**.   CLOSING AND TITLE:** The closing shall occur on or before 03/08/2024 .  At closing an unencumbered marketable title to the property shall be conveyed to BUYER by deed of general warranty with the usual covenants such as any national title company shall insure, free and clear of all liens and encumbrances except (a) such liens and encumbrances as BUYER may specifically approve and (b) easements of record and all restrictions of record as to the use and improvements of the property.  Should the title to the property appear defective, SELLER shall have 14 days after receipt of notice from BUYER of such defect or defects within which to correct same at the cost of the SELLER. Should SELLER be unable to correct the defect, this CONTRACT is voidable at option of BUYER and earnest money shall be refunded to BUYER.  If the parties to this contract desire that any term of this agreement survive the closing and transfer of deed to BUYER, an agreement must be executed prior to closing acknowledging such an intent.

11**. POSSESSION:** Possession shall be delivered at closing with deed

12. **ADDENDA:** The following addenda are attached hereto and incorporated herein by reference:

Sellers Disclosure
Lead Based Paint Disclosure
Addendum #1

13. **OTHER TERMS AND CONDITIONS** (Have BUYER and SELLER initial, date, and time after each entry.  If signing electronically, BUYER and SELLER do not have to sign after each entry.):

1) Property must appraise for at least the sales price. BUYER shall authorize his/her lender to order the appraisal from a certified appraiser at the time of loan application and BUYER shall pay for the appraisal at that time. Should said appraisal show a fair market value of less than the sales price, the BUYER may void this Contract and receive a return of the earnest money with all parties signing a release of the Contract. Within 5 calendar days of learning the appraised value BUYER shall notify SELLER of BUYER's intention to void the Contract. Failure to notify the SELLER shall be waiver of the appraisal condition and this Contract shall continue in full force and effect. At SELLER's request, BUYER shall provide written proof of the appraised value
2) Fit and Finish list for cosmetic repairs to be completed prior to final walk through.  See Addendum #1.

4

_FM_                            _DM_                            _SW_
02/09/24                        02/09/24                        02/09/24
dotloop verified                dotloop verified                dotloop verified

BUYER's Initials    Date/Time    BUYER's Initials    Date/Time    SELLER's Initials    Date/Time    SELLER's Initials    Date/Time

Rev 5/21

**Property Address** 3660 Cayman Lane, Lexington, KY 40509          **Zip Code** 40509          **Contract #** 65314-3660

14. **HEIRS, SUCCESSORS, AND ASSIGNS**: The heirs of the SELLER and the successors and assigns of both the SELLER and BUYER are bound under the terms of this CONTRACT.

15. **ASSIGNMENT**: Buyers shall not assign rights or obligations under this Agreement in whole or in part, without the prior written approval of the Seller except to Buyer family members or business entities in which Buyer holds a principal interest.
☐  Buyer may assign the contract to: _____

16. **CONTRACT INTERPRETATION**: This CONTRACT shall be interpreted according to the laws of the Commonwealth of Kentucky.  Use of singular for BUYER and SELLER includes all buyers and sellers, if more than one.

17. **FAIR HOUSING**: The SELLER and BUYER acknowledge receipt of a copy of the brochure titled  "What Kentucky's Fair Housing Law Means" provided by the listing/selling Realtors.  This property was offered for sale without regard to race, color, sex, religion, national origin, handicap, familial status, or sexual orientation.

18. **ACKNOWLEDGEMENT**: The BUYER and SELLER acknowledge that a licensee in this transaction may receive a fee, salaries, compensation or other payments for services actually performed or rendered from any service provider.

19. **EXCHANGE:**  BUYER and/or SELLER may elect to treat this transaction as an exchange under IRC Section 1031 at no cost or liability to the other party.

20. **DEFAULT:** In the event of default, the parties may pursue all available legal remedies.  Should a default occur and legal action is instituted, the prevailing party shall be entitled to recover all costs, including a reasonable attorney's fee.  In the event the BUYER defaults, this clause shall operate as an assignment to the broker(s), who would have received a commission, of the SELLER'S right to recover damages from the BUYER in an amount equal to such commission.  Should legal action be instituted to collect under this assignment, the Broker(s) shall be entitled to receive all costs, including a reasonable attorney's fee.  The parties further agree that such assignment shall survive both this CONTRACT and any release or waiver which is not signed by the Broker(s).

21. **TRID CLOSING DISCLOSURE**:  All parties to this transaction, including buyers, sellers, real estate agents, lender and closing agents acknowledge that the TRID Closing Disclosure, the Buyers' Statement, the Sellers' Statement or any other summary form of the transaction does not contain non-public information and may be disclosed to any of the above referenced parties.

---

**We have read this contract, fully understand the contents thereof, understand and agree that this is the entire agreement between the parties.  WE UNDERSTAND THAT ONCE EXECUTED BY ALL PARTIES, THIS CONTRACT BECOMES LEGALLY BINDING.  We further acknowledge that we are not relying on any verbal statements or representations, made by either the SELLER, BUYER or the REALTORS, either expressly or implicitly, warranting the property, its size, construction, condition or materials used, nor any of the fixtures, appliances, appurtenances, or amenities**.  **If you do not understand any part of this document you should seek legal and/or accounting advice.  We acknowledge receipt of this CONTRACT.**

---

This offer to be accepted on or before 02/10/2024                              .

Linda Senman Boyd _____    *Fred Morrison*  [dotloop verified 02/09/24 4:42 PM EST ZWC1-AGR4-GKM3-DM7N] _____  BUYER (Print/Type) _____
REALTOR **(Print/Type)**       BUYER'S Signature       Date and Time
Brokerage/Company Name McConnell Real Estate, Inc.          Broker's Name Todd C. McConnell

Office # 688 _____   *Denise Morrison*  [dotloop verified 02/09/24 4:43 PM EST W6VU-HK7Z-DZ1F-MRWW] _____  BUYER (Print/Type) _____
                      BUYER'S Signature       Date and Time

Broker License# 213695 _____   Bluegrass Realtor Agent # 65314 _____   KREC Agent License# 209185 _____

Agent Email capernaumi@aol.com _____          Agent phone Number 859-229-8785 _____

The above offer is hereby accepted this 8 _____ day of Febraury _____ 20 24 _____.

Amanda Marcum _____   *Stephen Wood*  [dotloop verified 02/09/24 7:01 PM PST FG7X-UYV0-MVRH-5N3A] ____ Stephen Wood ____
REALTOR    **(Print/Type)**       SELLER'S Signature       Date and Time       SELLER (Print/Type)

Brokerage/Company Name Berkshire Hathaway HomeServices Foster Realtors          Broker's Name Amanda MArcum

Office # 141 _____   [                    ] ____ SELLER (Print/Type) ____
                      SELLER'S Signature       Date and Time

Broker License# 214077 _____   Bluegrass Realtor Agent # 14120 _____   KREC Agent License # 214077 _____

Agent Email Amanda@MARCUMsold.com _____          Agent phone Number 859-353-2853 _____

5

*FM* [02/09/24 dotloop verified] ____   *DM* [02/09/24 dotloop verified] ____   *SW* [02/09/24 dotloop verified] ____   [                    ] ____
BUYER'S Initials   Date/Time    BUYER'S Initials   Date/Time    SELLER'S Initials   Date/Time    SELLER'S Initials   Date/Time

**Bluegrass REALTORS®**

2250 Regency Road                                                  276-3503

| ☐ | **AMENDMENT (change)** |
|---|---|
| ☑ | **ADDENDUM (addition to contract)** 65314-3660 |

**SUBJECT PROPERTY:** 3660 Cayman Ln

Lexington, KY 40509

**CONTRACT #:**    65314-3660

**SELLER(S):**
CAYMAN LANE LLC
C/O STEPHEN WOOD

**BUYER(S):**
Fred Morrison and Denise Morrison

The following Fit and Finish tasks to be completed to Buyers' satisfaction prior to Final Walk Through:

1) There are several areas in the living room ceiling that need to be addressed, particularly multiple improper drywall taping lines and areas around the can lights have trowel marks/rough finish. These areas need to be replastered and painted.
2) Cabinet pull under range is not attached.
3) The master shower has chipped tiles near fixtures. Gap cap at top of shower head needs attached to the ceiling to fill hole.
4) Unfinished areas around back patio exterior windows. Paint, caulking, trim.
5) Rough finish on the sides of the concrete slab on the back patio need to be grouted and smooth finished.
6)  Gaps in wood trim on back patio gable.
7)  Basement cabinet range space has no 220 plugs. The dishwasher area has no electric plugs.
8)  Basement flooring is not secured around the fireplace.
9)  One of the garage windows is off track, skewed.

| *Fred Morrison* | dotloop verified 02/08/24 3:11 PM EST BLFR-4XHY-HBMA-NSJM |
|---|---|
| Buyer's Signature | Date and Time |
| *Denise Morrison* | dotloop verified 02/08/24 3:14 PM EST HLN7-TQBR-TXGY-HKX5 |
| Buyer's Signature | Date and Time |
| *Stephen Wood* | dotloop verified 02/09/24 1:20 PM PST CSVO-81NV-7QQN-MWOI |
| Seller's Signature | Date and Time |
| | |
| Seller's Signature | Date and Time |

Form #10                                                          Revised 9/16

dotloop signature verification: dtlp.us/8SyT-M9jl-gGXu3

**BERKSHIRE HATHAWAY HOMESERVICES FOSTER, REALTORS®**

BLUEGRASS REALTORS
2250 Regency Road                              276-3503

**ADDENDUM TO UNIFORM REAL ESTATE SALES AND PURCHASE CONTRACT**
For use only by members of Bluegrass Realtors

## DISCLOSURE OF INFORMATION AND ACKNOWLEDGMENT OF LEAD-BASED PAINT AND/OR HAZARDS

TODAY'S DATE:_____ CONTRACT DATE:_____ CONTRACT #_____

PROPERTY ADDRESS: 3660 Cayman Lane, Lexington, KY 40509

### Lead Warning Statement

*Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning.  Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory.  Lead poisoning also poses a particular risk to pregnant women   The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards.  A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.*

### Seller's Disclosure (Initial)

*SW*
01/26/24
8:48 AM PST
dotloop verified

(a) Presence of lead-based paint and/or lead-based paint hazards (check one below):

☐ Known lead-based paint and/or paint hazards are present in the housing.  (explain):

[ ]

☑ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

*SW*
01/26/24
8:48 AM PST
dotloop verified

(b) Records and Reports available to the seller (check one below):

☐ Seller has provided the purchaser with all available records and reports pertaining to lead-based paint and/or lead-based hazards in the housing  (list documents below):

[ ]

☑ Seller has no reports or records pertaining to lead-based and/or lead-based paint hazards in the housing.

### Purchaser's Acknowledgment (Initial)

(c) Purchaser has received copies of all information listed above

(d) Purchaser has received the pamphlet ***Protect Your Family From Lead in Your Home***

(e) Purchaser has (check one below):

☐ Requested opportunity to conduct a risk assessment or inspection for the presence of lead-based paint or lead-based hazards under the same terms and conditions as "Other Inspections". (See the offer to purchase contract.)

☐ Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

### Agent's Acknowledgment (Initial)

*AM*
01/26/24
11:36 AM EST

(f) Agent has informed the seller of the seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

### Certification of Accuracy

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| | | | |
|---|---|---|---|
| Seller | *Stephen Wood* <br> dotloop verified <br> 01/26/24 8:48 AM PST <br> 2S0G-AHEZ-BBGS-VBLT | Buyer | *Fred Morrison* <br> dotloop verified <br> 02/08/24 3:12 PM EST <br> VMJB-1XVR-YWOY-Y4C9 |
| Seller | | Buyer | *Denise Morrison* <br> dotloop verified <br> 02/08/24 3:15 PM EST <br> 1RW0-ZDII-KVTQ-BYLF |
| Agent | *Amanda Marcum* <br> dotloop verified <br> 01/26/24 11:36 AM EST <br> UAZ4-9WY3-ZOMM-DBWU | Agent | |