**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| Oak 44 Property Management, LLC | **Case no. 5:24-cv-0063** |
| Plaintiff | **Judge Caldwell** |
| v. | |
| Justin Maddix, et al. | **MOTION FOR ADMISSION PRO HAC VICE** |
| Defendants. | |

Pursuant to E.D. Kentucky Rule 83.2(a), Joshua M. Smith, attorney for Plaintiff Oak 44 Property Management, LLC, in the above-referenced action, hereby moves the court to admit Bailey E. Sharpe, *pro hac vice* to appear and participate as co-counsel in this case for Plaintiff Oak 44 Property Management, LLC.

Movant represents that Bailey E. Sharpe is a member of the Ohio Bar and is currently admitted to practice, in active status, and a member in good standing of the highest court of Ohio. Bailey E. Sharpe is not currently nor has ever been disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar, or other admitting or licensing authority.

Bailey E. Sharpe consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct. Bailey E. Sharpe has completed CM/ECF Electronic Learning Modules provided on the United States District Court, Eastern District of Kentucky website.

Bailey E. Sharpe's relevant identifying information as follows:

1

Business Telephone: (513) 533-2485
Business Fax: (513) 533-2999
Business Email Address: bes@sspfirm.com
Business Address:   Stagnaro, Saba & Patterson Co. LPA
2623 Erie Ave.
Cincinnati, OH 45208

Respectfully submitted,

 /s/ *Joshua M. Smith*
Joshua M. Smith
Jeffrey M. Nye (pro hac vice)
Bailey E. Sharpe (pro hac vice forthcoming)
STAGNARO, SABA &
PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2999 (fax)
jms@sspfirm.com
jmn@sspfirm.com
bes@sspfirm.com

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing was served by CM/ECF on all counsel of record June 3, 2024.

                                                                   */s/ Joshua M. Smith*
                                                                      Joshua M. Smith