**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

Oak 44 Property Management, LLC

Plaintiff

v.

Justin Maddix, et al.

Defendants.

**Case no. 5:24-cv-0063**

**Judge Caldwell**

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE FOR BAILEY E. SHARPE**

This matter came before the Court on Plaintiff Oak 44 Property Management, LLC's ("Plaintiff") Motion for Admission Pro Hac Vice for Bailey E. Sharpe.

Based upon the Motion and for good cause shown, this Court finds the Motion (DE #38) well-taken and is hereby **GRANTED**. As a result, Bailey E. Sharpe is admitted to this Court *pro hac vice* and will participate as co-counsel for Plaintiff Oak 44 Property Management, LLC.

IT IS SO ORDERED.

This 4th day of June, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

Submitted by:

*/s/ Joshua M. Smith*
Joshua M. Smith
Jeffrey M. Nye (pro hac vice)
Bailey E. Sharpe (pro hac vice forthcoming)
STAGNARO, SABA &
PATTERSON CO., L.P.A.

2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2999 (fax)
jms@sspfirm.com
jmn@sspfirm.com
aps@sspfirm.com