# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC<br><br>　　　　Plaintiff<br>v.<br><br>Justin Maddix, et al.<br><br>　　　　Defendants. | **Case no. 5:24-cv-0063**<br><br>**Judge Caldwell**<br><br>**PLAINTIFF OAK 44 PROPERTY MANAGEMENT, LLC NOTICE OF SUBSTITUTION OF COUNSEL** |

Notice is hereby given that Bailey E. Sharpe of the law firm Stagnaro, Saba & Patterson Co., L.P.A. is hereby substituted for Adam P. Stickney as co-counsel of record for Plaintiff Oak 44 Property Management, LLC. Joshua M. Smith and Jeffrey M. Nye are still retained by Plaintiff as co-counsel. All future notices, pleadings, and related materials should be forwarded to Joshua M. Smith, Jeffrey M. Nye, and Bailey E. Sharpe, 2623 Erie Ave., Cincinnati, OH 45208.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　 /s/ *Joshua M. Smith*
　　　　　　　　　　　　　　　　　　Joshua M. Smith (0098835)
　　　　　　　　　　　　　　　　　　Jeffrey M. Nye (pro hac vice)
　　　　　　　　　　　　　　　　　　Bailey E. Sharpe (pro hac vice)
　　　　　　　　　　　　　　　　　　STAGNARO, SABA &
　　　　　　　　　　　　　　　　　　PATTERSON CO., L.P.A.
　　　　　　　　　　　　　　　　　　2623 Erie Avenue
　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45208
　　　　　　　　　　　　　　　　　　(513) 533-6715
　　　　　　　　　　　　　　　　　　(513) 533-2999 (fax)
　　　　　　　　　　　　　　　　　　jms@sspfirm.com
　　　　　　　　　　　　　　　　　　jmn@sspfirm.com

## **CERTIFICATE OF SERVICE**

     I certify that a true and accurate copy of the foregoing was served by CM/ECF on all counsel of record on June 4, 2024.

                                             */s/ Joshua M. Smith*
                                             Joshua M. Smith