# **DECLARATION OF JEFFREY NYE**

1. My name is Jeffrey Nye. I am one of the attorneys for Oak 44 Property Management LLC and John Gaston in *Oak 44 Property Management, LLC v. Maddix, et al.*, Eastern District of Kentucky case no. 5:24-cv-0063.
2. The first attachment to this declaration is an email exchange between me and Jim O'Toole, who is counsel for Justin Maddix.
3. As shown in the email, I asked Mr. O'Toole to confirm whether the attached article was the basis for the defamation claim in count six of Maddix's counterclaim. He confirmed that it was by responding in relevant part, "Yes, that is the article." I have attached that article as the second attachment to this declaration.
4. I have omitted earlier emails from the thread because they are irrelevant to the identification of the article (mostly relating to waiver or acceptance of service and pleading deadlines).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2024.                                              *Jeffrey M. Nye*
                                                                                             Jeffrey M. Nye