**Subject:** RE: Oak 44 v. Maddix
**Date:** Tuesday, May 7, 2024 at 12:39:00 PM Eastern Daylight Time
**From:** James O'Toole
**To:** Jeffrey M. Nye
**CC:** Danielle West, Natalie Williams, Adam P. Stickney, Esq., Joshua M. Smith, Esq., Jessica K. Peterson
**Attachments:** image001.png, image002.png, image003.png

Jeff,

Yes, that is the article.
There may be other versions or references in various other websites, I will disclose those as I find them.

/s/ **James O'Toole**

Smith O'Toole & Brooke
3080 Harrodsburg Rd., Suite 101
Lexington, KY 40503
(859) 785-4010
jotoole@SOBlawfirm.com

---

**From:** Jeffrey M. Nye <jmn@sspfirm.com>
**Sent:** Tuesday, May 7, 2024 8:51 AM
**To:** James O'Toole <jotoole@soblawfirm.com>
**Cc:** Danielle West <Danielle@soblawfirm.com>; Elizabeth <Elizabeth@soblawfirm.com>; Natalie Williams <NWilliams@soblawfirm.com>; Adam P. Stickney, Esq. <aps@sspfirm.com>; Joshua M. Smith, Esq. <jms@sspfirm.com>; Jessica K. Peterson <jkp@sspfirm.com>
**Subject:** Re: Oak 44 v. Maddix

Hi Jim,

I am writing about the defamation claim in count six of Justin's counterclaim.

The claim generally alleges that John Gaston spoke to a Lexington Herald reporter and defamed Justin Maddix in that conversation. The pleading doesn't identify or attach the article, but my inference is that it's the attached article. Is that correct?

If it's not, please let us know.

If it is, then we'd ask you to withdraw the claim. As I think is clear from reading the article, it's based entirely on the allegations in the pleadings in this case. The headline says that the "lawsuit alleges" what follows, and right from the first paragraph the article says that the content is "according to a federal lawsuit." That or similar phrasing is repeated throughout the article ("according to court documents" (2x), "The lawsuit alleged" (3x), "in a civil suit," "according to the lawsuit"). John did not speak to and has not spoken to that or any other reporter.

The pleadings themselves are protected by what the Kentucky Supreme Court calls the judicial statements privilege (and what most states call the "litigation privilege"). This privilege is absolute; as a matter of law a defamation claim cannot be maintained based on statements in a pleading.

By this email I am asking you to drop the claim via an amended pleading. I will sign any Rule 15 stipulation necessary for you to do that. Please let me know in the next few days whether you'll agree to do so.

Thanks,
Jeff

Jeffrey M. Nye
Stagnaro, Saba & Patterson, Co.,
L.P.A.
7373 Beechmont Ave
Cincinnati, Ohio 45230
Direct Dial: 513.533.6714
Main Fax: 513.533.2999
jmn@sspfirm.com
http://www.sspfirm.com

 

This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

---

**From:** Jeffrey M. Nye <jmn@sspfirm.com>
**Sent:** Monday, April 29, 2024 3:11 PM
**To:** James O'Toole <jotoole@soblawfirm.com>
**Cc:** Danielle West <Danielle@soblawfirm.com>; Elizabeth <Elizabeth@soblawfirm.com>; Natalie Williams <NWilliams@soblawfirm.com>; Adam P. Stickney, Esq. <aps@sspfirm.com>; Joshua M. Smith, Esq. <jms@sspfirm.com>; Jessica K. Peterson <jkp@sspfirm.com>
**Subject:** Re: Oak 44 v. Maddix

No, we've got it; no need to send again. Thanks.

Jeffrey M. Nye
Stagnaro, Saba & Patterson, Co., L.P.A.
7373 Beechmont Ave
Cincinnati, Ohio 45230
Direct Dial: 513.533.6714
Main Fax: 513.533.2999
jmn@sspfirm.com
http://www.sspfirm.com



This e-mail transmission contains information that is intended to be privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.