UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC <br><br> Plaintiff <br> v. <br><br> Justin Maddix, et al. <br><br> Defendants. | **Case no. 5:24-cv-0063** <br><br> **Judge Caldwell** <br><br> **ORDER GRANTING (1) MOTION TO DISMISS COUNT ONE OF WOOD/CAYMAN LANE COUNTERCLAIM (DOC. 37) AND (2) MOTION FOR JUDGMENT ON PLEADINGS AS TO COUNT SIX OF MADDIX COUNTERCLAIM (DOC. 27)** |

This case is before the Court on the motion (doc. 41) of counterclaim defendants Oak 44 and John Gaston to dismiss the negligent misrepresentation claim in count one of Stephen Wood and Cayman Lane LLC's counterclaim (doc. 37), and for judgment on the pleadings in favor of Gaston with respect to count six of Justin Maddix's counterclaim (doc. 27).

The Court finds the motion to be well-taken, and it is **GRANTED**. Count one of the Wood and Cayman Lane counterclaim fails to state a claim upon which relief can be granted, and is hereby **DISMISSED** pursuant to Rule 12(b)(6). Count six of the Maddix counterclaim is precluded by the judicial statements privilege, and judgment is hereby **ENTERED** in favor of Gaston on that claim pursuant to Rule 12(c).

This _____ day of _____, _____.