UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **OAK 44 PROPERTY MANAGEMENT, LLC,** | **CASE NO. 5:24-CV-63-KKC** |
| Plaintiff, | |
| V. | **ORDER** |
| **JUSTIN MADDIX; STEPHEN WOOD; LEXINGTON 859 SERVICE, LLC; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; and 5515 HUNT CLUB LN LLC,** | |
| Defendants. | |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Rule 26(f) Report filed by the parties. (DE 42.) This report outlines a proposed schedule and discovery plan pursuant to the Federal Rules of Civil Procedure. This Court's practice, however, is to resolve all pending motions to dismiss before ordering the parties to meet pursuant to Rule 26(f) and before issuing a Scheduling Order. Oak 44 Property Management LLC and John Gaston filed a motion to dismiss certain counterclaims on June 14, 2024.

Accordingly, the Court will resolve the pending motion to dismiss and then order the parties to again confer pursuant to Rule 26(f) and tender another report outlining a proposed scheduling order.

This 24th day of June, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY