UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC | **Case no. 5:24-cv-0063** |
| Plaintiff | **Judge Caldwell** |
| v. | |
| Justin Maddix, et al. | **AGREED ORDER DISMISSING COUNT ONE OF WOOD/CAYMAN LANE COUNTERCLAIM (DOC. 37)** |
| Defendants. | |

This case is before the Court on the motion (doc. 41) of counterclaim defendants Oak 44 and John Gaston to dismiss the negligent misrepresentation claim in count one of Stephen Wood and Cayman Lane LLC's counterclaim (doc. 37).

The parties have advised the court that the motion is unopposed and that counterclaimants Wood and Cayman Lane consent to the granting of that motion. It is therefore ordered that count one of the counterclaim filed by Wood and Cayman Lane (doc. 37) is hereby DISMISSED pursuant to Rule 12(b)(6).

This day _____ of _____, 2024.


Agreed:

 /s/ Jeffrey M. Nye
Counsel for Oak 44

 /s/ James M. Mooney
James M. Mooney
Counsel for Wood and Cayman Lane

1