UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **OAK 44 PROPERTY MANAGEMENT, LLC,** | **CASE NO. 5:24-CV-63-KKC** |
| **Plaintiff,** | |
| v. | **ORDER** |
| **JUSTIN MADDIX,** *et al.*, | |
| **Defendants.** | |

*** *** ***

This matter is before the Court on Counterclaim Defendants Oak 44 Property Management LLC and John Gaston's motion to dismiss and motion for judgment on the pleadings. (DE 41.) Specifically, Counterclaim Defendants seek to dismiss Count One of the counterclaim brought by Stephen Wood and Cayman Lane LLC (DE 37) and move for judgment on the pleadings as to Count Six of the counterclaim brough by Justin Maddix. (DE 27.) None of the Counterclaim Plaintiffs responded to the Counterclaim Defendants' motions within the time allotted under the local rules, nor did they request extensions of time to file responses.

"Failure to timely respond to a motion may be grounds for granting the motion." LR 7.1(c). Having reviewed the Counterclaim Defendants' motion to dismiss and motion for judgment on the pleadings and finding their legal arguments to be sound, the Court hereby ORDERS as follows:

    1)    Count One of the Wood and Cayman Lane LLC counterclaim is DISMISSED pursuant to Rule 12(b)(6); and

    2)    Count Six of the Maddix counterclaim is precluded by the judicial statements privilege and judgment is ENTERED in favor of Gaston pursuant to Rule 12(c).

This 11th day of July, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY