UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION LEXINGTON

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC, et al., </br>    Plaintiffs, </br></br>V. </br></br></br>JUSTIN MADDIX, et al., </br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:24-cv-63-KKC </br></br></br></br>**ORDER FOR MEETING AND REPORT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court being sufficiently advised, it is hereby

**ORDERED** as follows:

1. Within 21 days from the date of service of this order, counsel for the parties shall conduct the meeting required by Federal Rule of Civil Procedure 26(f) to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case; to make or arrange for the disclosures required by Rule 26(a)(1); and to develop a proposed discovery plan.

2. No later than 14 days after the meeting, counsel shall file a written joint report containing:

    (a)    the discovery plan, including deadlines for fact discovery, expert discovery, and deadlines for expert disclosures and reports under Rule 26(a)(2);

    (b)    deadlines for filing motions to join additional parties and amend pleadings;

    (c)    deadlines to file dispositive and *Daubert* motions;

      (d)      the parties' belief as to whether the matter is suitable for some form of alternative dispute resolution such as mediation;

      (e)      the probable length of trial;

      (f)      whether the parties consent to the jurisdiction of a magistrate judge for all further proceedings, including trial and entry of a judgment, pursuant to 28 U.S.C. § 636(c); and

      (g)      the dates mutually convenient for trial.

Dated: July 11, 2024.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY