UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) ) | PLAINTIFF |
| vs. | ) ) ) | Case No. 5:24-cv-00063 |
| STEPHEN WOOD; LEXINGTON 859 SERVICE, LLC; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; 5515 HUNT CLUB LN LLC; and | ) ) ) ) ) ) ) | DEFENDANTS |
| JUSTIN MADDIX | ) ) | DEFENDANT AND THIRD PARTY PLAINTIFF |
| vs. | ) ) | |
| JOHN GASTON | ) | THIRD PARTY DEFENDANT |

\* \* \* \*

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANTS STEPHEN WOOD; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; 5515 HUNT CLUB LN LLC**

\* \* \* \*

Come the Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC, by counsel, and move this Court to dismiss the claims filed herein against them by the Plaintiff, Oak 44 Property Management, LLC, pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction and Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. In addition to dismissal, the Defendants further request the Court to order the release of the *lis pendens* filed by the Plaintiff in connection with this case as such a dismissal would render the *lis pendens* a nullity. A memorandum of law is attached hereto.

1

Respectfully submitted,

/s/James M. Mooney
Dan M. Rose, Esq.
J. Wesley Harned, Esq.
James M. Mooney, Esq.
ROSE CAMENISCH STEWART PLLC
326 South Broadway
Lexington, Kentucky  40508
Phone: (859) 721-2100
E-mail: dan.rose@rcsmlaw.com
           wes.harned@rcsmlaw.com
           jim.mooney@rcsmlaw.com

Attorneys for Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following by ordinary U.S. Mail and/or where permitted, through the Court's E-Filing System on the 11th day of July, 2024:

Joshua M. Smith, Esq. (jms@sspfirm.com)
Jeffrey M. Nye, Esq. (jmn@sspfirm.com)
Bailey E. Sharpe, Esq.
STAGNARO, SABA & PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio  45208

James O'Toole, Esq.
SMITH, O'TOOLE & BROOKE
3080 Harrodsburg Road., #101
Lexington, Kentucky  40503

George Rikos, Esq.
555 West Beech Street, #500
San Diego, California  92101

/s/James M. Mooney
James M. Mooney, Esq.

Attorney for Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC