### STATE OF WYOMING ✶ SECRETARY OF STATE
### BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| Name | Oak 44 Property Management, LLC | | |
| Filing ID | 2020-000939120 | | |
| Type | Limited Liability Company | Status | Inactive - Administratively Dissolved (Tax) |

## General Information

| | | | |
|---|---|---|---|
| Old Name | Oak 44 Capital Property Management, LLC | Sub Status | Archived |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 08/21/2020 3:02 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 10/09/2021 |

**Principal Address**

9845 E. Bell Rd. Ste. 110
9845 E. Bell Rd. Ste. 110
Scottsdale, ARIZONA (AZ) 85260

**Mailing Address**

9845 E. Bell Rd. Ste. 110
Scottsdale
Scottsdale, ARIZONA (AZ) 85260

**Registered Agent Address**

Registered Agent Solutions, Inc.
1603 Capitol Ave Suite 310
Cheyenne, WY 82001

## Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Roland Wiederaenders  7500 Rialto Blvd Bldg 1 Ste 250, Austin, Texas 78735 |

## Notes

| Date | Recorded By | Note |
|---|---|---|

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|

## Amendment History

Page 1 of 2

EXHIBIT B

## Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

| Name | Oak 44 Property Management, LLC | | |
|---|---|---|---|
| Filing ID | 2020-000939120 | | |
| Type | Limited Liability Company | Status | Inactive - Administratively Dissolved (Tax) |

| ID | Description | | Date |
|---|---|---|---|
| 2023-004413576 | System Archive | | 10/10/2023 |
| | Filing Sub Status Changed  From: Current  To: Archived | | |
| 2022-003639657 | RA Information Change | | 04/13/2022 |
| 2022-003591087 | RA Name/Address Change | | 03/03/2022 |
| 2021-003443608 | Dissolution / Revocation - Tax | | 10/09/2021 |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax) | | |
| | Inactive Date Changed  From: No Value  To: 10/09/2021 | | |
| 2021-003287416 | Delinquency Notice - Tax | | 08/02/2021 |
| 2020-003041718 | Name Change | | 10/26/2020 |
| | Filing Name Changed  From: Oak 44 Capital Property Management, LLC  To: Oak 44 Property Management, LLC | | |
| See Filing ID | Initial Filing | | 08/21/2020 |