UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) ) ) | PLAINTIFF |
| vs. | ) ) | Case No. 5:24-cv-00063 |
| STEPHEN WOOD; LEXINGTON 859 SERVICE, LLC; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; 5515 HUNT CLUB LN LLC; and | ) ) ) ) ) ) | DEFENDANTS |
| JUSTIN MADDIX | ) ) | DEFENDANT AND THIRD PARTY PLAINTIFF |
| vs. | ) ) | |
| JOHN GASTON | ) | THIRD PARTY DEFENDANT |

\* \* \* \*
**ORDER**
\* \* \* \*

This case having come before the Court upon the motion of the Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC, to dismiss the claims filed herein against them by the Plaintiff, Oak 44 Property Management, LLC, pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction and Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, and upon the said Defendants' further request for the release of the *lis pendens* filed by the Plaintiff in connection with this case, and the Court having reviewed the pleadings and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Defendants' motion is **GRANTED** and the Plaintiff's Complaint is **DISMISSED** pursuant to Federal Rule of Civil Procedure Rule 12(b)(1)

for lack of subject-matter jurisdiction and Federal Rule of Civil Procedure Rule 12(b)(6) for failure to state a claim.

**IT IS FURTHER ORDERED** that the Plaintiff forthwith release, discharge, and remove the *lis pendens* notice filed with the Fayette County Court Clerk in connection with this action.

**THIS** the \_\_\_\_ day of _____, 2024.