UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **OAK 44 PROPERTY MANAGEMENT, LLC,** <br><br> **Plaintiff,** <br><br> V. <br><br> **JUSTIN MADDIX; STEPHEN WOOD; LEXINGTON 859 SERVICE, LLC; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; and 5515 HUNT CLUB LN LLC,** <br><br> **Defendants.** | **CASE NO. 5:24-CV-63-KKC** <br><br><br> **ORDER** |

*** *** ***

On July 11, 2024, the Court entered the Order for Meeting and Report (DE #47) pursuant to Rule 26(f). Subsequently, defendants Stephen Wood, Cayman Lane, LLC, Park 12 Property Management LLC, 5515, LLC and 5515 Hunt Club Ln LLC, by counsel, filed a Motion to Dismiss (DE #48). Accordingly, the Court will SET ASIDE the Order for Meeting and Report (DE #47) until the pending motions are resolved.

This 12th day of July, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY