UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **OAK 44 PROPERTY MANAGEMENT, LLC,**<br><br>     **Plaintiff,**<br><br>V.<br><br>**JUSTIN MADDIX; STEPHEN WOOD; LEXINGTON 859 SERVICE, LLC; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; and 5515 HUNT CLUB LN LLC,**<br><br>     **Defendants.** | **CASE NO. 5:24-CV-63-KKC**<br><br><br><br>**ORDER** |

*** *** ***

This matter is before the Court on the defendants' motion to dismiss (DE 48) as well as a motion to expedite release of lis pendens (DE 20) filed by defendants Cayman Lane, LLC and Stephen Wood. Because the motion to dismiss challenges the Court's jurisdiction to hear this action, the Court will defer resolution of the motion to expedite release of lis pendens until the motion to dismiss has been briefed pursuant to the local rules. Only then will the Court commence with the prompt resolution of both motions.

This 26th day of July, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY