UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC, | CASE NO. 5:24-CV-63-KKC |
| Plaintiff, | |
| V. | ORDER |
| JUSTIN MADDIX; STEPHEN WOOD; LEXINGTON 859 SERVICE, LLC; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; and 5515 HUNT CLUB LN LLC, | |
| Defendants. | |

\*\*\* \*\*\* \*\*\*

Plaintiff's counsel having advised Chambers that the parties are uncertain as to whether discovery may commence in this action, hereby ORDERS and CLARIFIES that the parties SHALL NOT engage in discovery until this Court resolves the motion to dismiss currently pending.

This Court's practice is to resolve any pending motions to dismiss before ordering the parties to meet and report pursuant to Federal Rule of Civil Procedure 26(f). Rule 26(d) prohibits a party from seeking discovery from another party before the parties have conducted a Rule 26(f) conference.

This 31st day of July, 2024.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY