## DECLARATION OF JOHN GASTON

1. My name is John Gaston. I am an adult competent to testify and this declaration is made from my own personal knowledge.
2. I am a citizen and resident of Arizona.
3. I am the sole member of the Wyoming limited liability company named Oak 44 Property Management, LLC, which was organized on August 21, 2020 ("Old Company").
4. I am also the sole member of the Wyoming limited liability company named Oak 44 Property Management, LLC, which was organized on May 30, 2024 ("New Company").
5. Attached to this declaration as Exhibit 1 is a resolution of the sole member of Old Company, that authorizes the assignment of all right, title, and interest in all assets of Old Company (including the "Maddix Litigation") to New Company. This resolution was executed in accordance with the winding up of Old Company in accordance with Wyoming law.
6. Attached to this declaration as Exhibit 2 is a resolution of the sole member of New Company, that authorizes the assumption of all right, title, and interest in all assets of Old Company (including the "Maddix Litigation") by New Company.
7. Both Exhibit 1 and Exhibit 2 to this affidavit include a copy of the Assignment and Assumption Agreement that was executed by both Old Company and New Company.
8. Attached to this declaration as Exhibit 3 is an assignment and assumption agreement executed by me personally, under which I transfer whatever right, title, and interest that I have (if any) in the "Maddix Litigation" to New Company.
9. Both the assignment and assumption agreement executed by the LLCs, and the agreement executed by me individually, are intended to (and expressly state) that they are executed in part for the purpose of ratifying the conduct of the Maddix Litigation to date, state that they authorize the continuation of the Maddix Litigation, and state that both Old Company and myself individually agree to be bound by its result.
10. For avoidance of any doubt, I—on behalf of myself individually, and acting as sole member of Old Company—ratify the conduct of the Maddix Litigation to date, authorize its continuance by New Company, and agree to be bound by its result.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/31/2024 | 5:02 PM EDT

_John Gaston_
01CD6FCAD8CC40D...
John Gaston

# EXHIBIT 1

## OAK 44 PROPERTY MANAGEMENT, LLC
## MEMBERS' ACTION BY UNANIMOUS WRITTEN CONSENT

The undersigned, being the sole member (the "Member") of Oak 44 Property Management, LLC, a Wyoming limited liability company created on August 21, 2020 and administratively dissolved on October 9, 2021 (the "Company"), does hereby affirmatively vote for, consent to, adopt, and approve the following resolutions without a meeting:

WHEREAS, the Articles of Organization for the Company were filed by the Member with the Wyoming Secretary of State on August 21, 2020 (the "Articles") and the Company was administratively dissolved on October 9, 2021, for failing to file its annual report with the Wyoming Secretary of State; and

WHEREAS, the Company can no longer seek reinstatement to revive the Company's Articles; and

WHEREAS, the Member, as a result of the foregoing and in accordance with the Act, filed Articles of Organization on May 30, 2024 (the "New Articles") to establish a new limited liability company utilizing the Company's name (the "New Company"); and

WHEREAS, the Member, in the process of winding up the activities of the Company following the administrative dissolution, desires to authorize and take certain actions, as set forth herein.

NOW, THEREFORE, BE IT RESOLVED, that the undersigned hereby consents to, authorizes and approves the taking of the following actions:

FURTHER RESOLVED, that John Gaston, as the Manager of the Company (the "Manager"), is hereby authorized, in the process of winding up the Company's affairs, to sell any or all of the assets of the Company for such consideration and upon such terms and conditions as may be determined, and is hereby authorized and directed, after paying or making provision for payment of all known liabilities of the Company, to distribute all of the assets of the Company to the Member in accordance with its ownership interest in the Company, in complete liquidation.

FURTHER RESOLVED, that the undersigned, is authorized to convey, assign, transfer and deliver all of his rights, title and interests in and to all tangible and intangible property of the Company directly to the New Company, in accordance with that certain Assignment and Assumption Agreement executed of even date herewith, attached hereto as Exhibit A (the "Assignment").

FURTHER RESOLVED, that the Manager be, and hereby is, authorized and directed to execute and file on behalf of the Company, any and all forms, documents, reports, and/or returns required by any federal, state, or local government in connection with these Resolutions and to perform any and all acts deemed necessary or desirable in order to carry out the purpose and intent of these Resolutions.

FURTHER RESOLVED, that the Manager be, and hereby is, authorized and directed on behalf of the Company, to carry out the intent of these Resolutions and to execute, file, exchange and deliver in the name of the Company, such deeds, instruments, returns and reports as may be considered necessary or appropriate to complete the liquidation of the Company and to terminate the existence of the Company and bring about its complete dissolution under the laws of the State of Wyoming.

[*Remainder of page intentionally left blank; Signature page to follow*.]

IN WITNESS WHEREOF, the undersigned has executed this unanimous written consent as of the 31st day of May 2024.

SOLE MEMBER:

*John Gaston* (DocuSigned)
_____
John Gaston

# EXHIBIT A

## ASSIGNMENT AND ASSUMPTION AGREEMENT

This ASSIGNMENT AND ASSUMPTION AGREEMENT is entered into to be effective as of May 31, 2024 (the "Effective Date") by and between OAK 44 PROPERTY MANAGEMENT, LLC, a Wyoming limited liability company created on August 21, 2020, administratively dissolved on October 9, 2021 ("Assignor"), and OAK 44 PROPERTY MANAGEMENT, LLC, a Wyoming limited liability company created on May 30, 2024 ("Assignee").

For One Dollar ($1.00) and other valuable consideration received to its full satisfaction, Assignor hereby conveys, assigns, transfers, and delivers to Assignee, all of its rights, title, and interests in and to all tangible and intangible property of Assignor including, but not limited to, all of Assignor's rights, entitlements, and obligations in and to all rights, remedies, claims, actions and recoveries due or to become due from the defendant(s) under that certain pending case in the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, Case No. 5:24-cv-0063, captioned as *Oak 44 Property Management, LLC v. Justin Maddix, et al*. (and any and all related actions, claims or lawsuits) (the "Maddix Litigation"). Assignor ratifies the conduct of the Maddix Litigation (as that term is used in Federal Rule of Civil Procedure 17 and relevant case law), authorizes the continuation of the Maddix Litigation, and agrees to be bound by its result.

This Assignment is being made in connection with the administrative dissolution of Assignor filed by the Wyoming Secretary of State on October 9, 2021. Assignor is making this assignment to distribute the remaining assets of Assignor to Assignee, whose sole member owns all of the outstanding ownership interests of Assignor.

This Assignment shall be binding upon and be enforceable against Assignor and its successors and assigns and shall inure to the benefit of and be enforceable by Assignees and its respective heirs, successors and assigns.

| | |
|---|---|
| **ASSIGNOR**: | **ASSIGNEE**: |
| Oak 44 Property Management, LLC, | Oak 44 Property Management, LLC |
| a Wyoming limited liability company | a Wyoming limited liability company |
| Created: August 21, 2020 | Created: May 30, 2024 |
| Dissolved: October 9, 2021 | |

By: *John Gaston* (DocuSigned)
Name: John Gaston
Its: Manager

By: *John Gaston* (DocuSigned)
Name: John Gaston
Its: Manager

# EXHIBIT 2

## OAK 44 PROPERTY MANAGEMENT, LLC
## MEMBERS' ACTION BY UNANIMOUS WRITTEN CONSENT

The undersigned, being the sole member (the "Member") of Oak 44 Property Management, LLC, a Wyoming limited liability company created on May 30, 2024 (the "Company"), does hereby affirmatively vote for, consent to, adopt, and approve the following resolutions without a meeting:

WHEREAS, the Member, as a result of an administrative dissolution filed by the Wyoming Secretary of State on behalf of another entity of which he is the sole member (the "Dissolving Entity"), desires to assign and transfer, to the Company, all of the Dissolving Entity's rights, title and interests in and to all tangible and intangible property of the Dissolving Entity; and

WHEREAS, the Company and the Dissolving Entity have entered into that certain Assignment and Assumption Agreement executed of even date herewith, attached hereto as <u>Exhibit A</u> (the "Assignment Agreement"), in order to consummate the above-described transaction; and

WHEREAS, the Member has reviewed the Assignment Agreement and concluded that the proposed assignment and transfer of the Dissolving Entity's property is in the best interest of the Company.

NOW, THEREFORE, BE IT RESOLVED, that the undersigned hereby ratifies and approves the Assignment Agreement with the Dissolving Entity which has been executed by John Gaston, in his capacity as Manager of the Company.

FURTHER RESOLVED, that John Gaston, the Manager of the Company, is hereby authorized and directed, by and on behalf of the Company, to do all things necessary or instrumental to consummate the transactions contemplated by these Resolutions, including, but not limited to, executing any agreements, documents, instruments, deeds, closing statements and any other closing documents as appropriate to carry out the assignment and transfer of the Dissolving Entity's property as contemplated under the Assignment Agreement.

FURTHER RESOLVED, that all acts and deeds taken by the Manager of the Company for and on behalf of the Company in entering into, executing, acknowledging or attesting any arrangements, agreements or instruments, in carrying out the terms and intentions of these Resolutions are hereby ratified, approved and confirmed.

IN WITNESS WHEREOF, the undersigned has executed this unanimous written consent as of the 31st day of May 2024.

SOLE MEMBER:

*DocuSigned by:*
*John Gaston*
_____
John Gaston

# EXHIBIT A

## ASSIGNMENT AND ASSUMPTION AGREEMENT

This ASSIGNMENT AND ASSUMPTION AGREEMENT is entered into to be effective as of May 31, 2024 (the "Effective Date") by and between OAK 44 PROPERTY MANAGEMENT, LLC, a Wyoming limited liability company created on August 21, 2020, administratively dissolved on October 9, 2021 ("Assignor"), and OAK 44 PROPERTY MANAGEMENT, LLC, a Wyoming limited liability company created on May 30, 2024 ("Assignee").

For One Dollar ($1.00) and other valuable consideration received to its full satisfaction, Assignor hereby conveys, assigns, transfers, and delivers to Assignee, all of its rights, title, and interests in and to all tangible and intangible property of Assignor including, but not limited to, all of Assignor's rights, entitlements, and obligations in and to all rights, remedies, claims, actions and recoveries due or to become due from the defendant(s) under that certain pending case in the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, Case No. 5:24-cv-0063, captioned as *Oak 44 Property Management, LLC v. Justin Maddix, et al*. (and any and all related actions, claims or lawsuits) (the "Maddix Litigation"). Assignor ratifies the conduct of the Maddix Litigation (as that term is used in Federal Rule of Civil Procedure 17 and relevant case law), authorizes the continuation of the Maddix Litigation, and agrees to be bound by its result.

This Assignment is being made in connection with the administrative dissolution of Assignor filed by the Wyoming Secretary of State on October 9, 2021. Assignor is making this assignment to distribute the remaining assets of Assignor to Assignee, whose sole member owns all of the outstanding ownership interests of Assignor.

This Assignment shall be binding upon and be enforceable against Assignor and its successors and assigns and shall inure to the benefit of and be enforceable by Assignees and its respective heirs, successors and assigns.

**ASSIGNOR**:
Oak 44 Property Management, LLC,
a Wyoming limited liability company
Created: August 21, 2020
Dissolved: October 9, 2021

By: *John Gaston* (DocuSigned)
Name: John Gaston
Its: Manager

**ASSIGNEE**:
Oak 44 Property Management, LLC
a Wyoming limited liability company
Created: May 30, 2024

By: *John Gaston* (DocuSigned)
Name: John Gaston
Its: Manager

# EXHIBIT 3

## ASSIGNMENT OF CLAIMS

This ASSIGNMENT OF CLAIMS is entered into to be effective as of May 31, 2024 (the "Effective Date") by and between JOHN GASTON, individually ("Assignor") and OAK 44 PROPERTY MANAGEMENT, LLC, a Wyoming limited liability company created on May 30, 2024 ("Assignee").

For One Dollar ($1.00) and other valuable consideration received, the receipt and sufficiency of which is hereby acknowledged, Assignor does hereby convey, assign, transfer, and deliver to Assignee, all of Assignor's rights, entitlements, and obligations in and to all rights, remedies, claims, actions and recoveries due or to become due from the defendant(s) under that certain pending case in the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, Case No. 5:24-cv-0063, captioned as *Oak 44 Property Management, LLC v. Justin Maddix, et al.* (and any and all related actions, claims or lawsuits) (the "Maddix Litigation"). Assignor ratifies the conduct of the Maddix Litigation (as that term is used in Federal Rule of Civil Procedure 17 and relevant case law), authorizes the continuation of the Maddix Litigation, and agrees to be bound by its result.

Assignor further agrees to cooperate with Assignee and assist Assignee, as Assignee reasonably deems necessary, in the performance, prosecution, defense, and enforcement of this Assignment of Claims, including, but not limited to, providing Assignee with relevant documents and witness testimony, if necessary.

This Assignment of Claims shall be binding upon and be enforceable against Assignor and his heirs, successors and assigns, and shall inure to the benefit of and be enforceable by Assignee and its respective heirs, successors and assigns.

**ASSIGNOR**:

*John Gaston* (DocuSigned)
_____
John Gaston, Individually

**ASSIGNEE**:

Oak 44 Property Management, LLC
a Wyoming limited liability company
Created: May 30, 2024

By: *John Gaston* (DocuSigned) _____
Name: John Gaston
Its: Manager