**DECLARATION OF JEFFREY NYE**

1. My name is Jeffrey Nye. I am one of the attorneys for the plaintiff and counterclaim defendant in this case. I am competent to testify.
2. Attached as Exhibit 1 is a copy of the articles of organization and certificate of organization for Oak 44 Property Management, LLC, which was organized in Wyoming on May 30, 2024.
3. Attached as Exhibit 2 is a copy of the certificate of authority for that entity to transact business in Kentucky.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2024                              /s/ Jeffrey M. Nye
                                                                         Jeffrey M. Nye

| Wyoming Secretary of State | For Office Use Only |
|---|---|
| Herschler Bldg East, Ste.100 & 101<br>Cheyenne, WY 82002-0020<br>Ph. 307-777-7311 | WY Secretary of State<br>FILED: May 30 2024  7:54PM<br>Original ID: 2024-001466342 |

# Limited Liability Company
# Articles of Organization

**I.** The name of the limited liability company is:
Oak  44 Property Management LLC

**II.** The name and physical address of the registered agent of the limited liability company is:
Registered Agent Solutions, Inc.
1603 Capitol Ave Suite 310
Cheyenne, WY 82001

**III.** The mailing address of the limited liability company is:
9845 E Bell Rd, Suite 110
Suite 110
Scottsdale
Scottsdale, AZ 85260

**IV.** The principal office address of the limited liability company is:
9845 E Bell Rd Suite 110
9845 E Bell Rd, Suite 110, Suite 110
Scottsdale, AZ 85260

**V.** The organizer of the limited liability company is:
Laura Klump
9845 E Bell Rd Suite 110 Scottsdale AZ 85260

| Signature: | *Laura Klump* | Date: | **05/30/2024** |
|---|---|---|---|

Print Name: **Laura Klump**

Title: **Accountant**

Email: **laura@lkaccounting.com**

Daytime Phone #: **(480) 650-2975**

Page 1 of 4

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020

Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual      ☐ An Organization

**Filer Information:**

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | | |
|---|---|---|---|
| **Signature:** | *Laura Klump* | **Date:** | **05/30/2024** |
| Print Name: | **Laura Klump** | | |
| Title: | **Accountant** | | |
| Email: | **laura@lkaccounting.com** | | |
| Daytime Phone #: | **(480) 650-2975** | | |



**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Registered Agent Solutions, Inc.**, whose registered office is located at **1603 Capitol Ave Suite 310, Cheyenne, WY 82001**, voluntarily consented to serve as the registered agent for **Oak 44 Property Management LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| **Signature:** | *Laura Klump* | **Date:** **05/30/2024** |
| Print Name: | **Laura Klump** | |
| Title: | **Accountant** | |
| Email: | **laura@lkaccounting.com** | |
| Daytime Phone #: | **(480) 650-2975** | |

# STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**Oak 44 Property Management LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **30th** day of **May**, **2024** at **7:54 PM.**

Remainder intentionally left blank.

Filed Date: 05/30/2024

Secretary of State

Filed Online By:

Laura Klump

on 05/30/2024

**EXHIBIT 2**

# Commonwealth of Kentucky
# Michael G. Adams, Secretary of State

```
1382985.06                L902
Michael G. Adams
Secretary of State
Received and Filed
7/31/2024 12:00:00 AM
Fee receipt: $90
```

Michael G. Adams
Secretary of State
P. O. Box 718
Frankfort, KY 40602-0718
(502) 564-3490
http://www.sos.ky.gov

## Certificate of Authority

**FBE**

Pursuant to the provisions of KRS 14A.9 - 030 the undersigned hereby applies for authority to transact business in Kentucky on behalf of the entity named below and, for that purpose, submits the following statements:

1. The entity is a **limited liability company**.

2. The name of the entity is

    **OAK 44 PROPERTY MANAGEMENT LLC**

3. The state or country under whose law the entity is organized is **Wyoming**.

4. The date of organization is **5/30/2024** and the period of duration is **perpetual**.

5. The mailing address of the entity's principal office is

    **9845 E Bell Rd, Ste 110, Scottsdale, AZ 85260**

6. The name of the initial registered agent is

    **SSP Statutory Services, LLC**

and the street address of the entity's initial registered office in Kentucky is

**7310 Turfway Rd Ste 550, Florence, KY 41042**

7. The names and business addresses of the entity's representatives:
**Member**          John Gaston            9845 E Bell Rd, Ste. 110, Scottsdale, AZ 85260

8. This entity is managed by **Members**.

9. This application will be effective on **Wednesday, July 31, 2024**.

I declare under penalty of perjury under the laws of the state of Kentucky that the foregoing is true and correct.

Signature of individual signing on behalf of **Member: John Gaston**

I, **William J. Patterson, Esq.**, consent to sign for **SSP Statutory Services, LLC** who serves as the Registered Agent on behalf of this entity on Wednesday, July 31, 2024.