UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **OAK 44 PROPERTY MANAGEMENT, LLC,**<br><br>　　**Plaintiff,**<br><br>**v.**<br><br>**JUSTIN MADDIX,** *et al.***,**<br><br>　　**Defendants.** | **CASE NO. 5:24-CV-63-KKC**<br><br><br><br>**JUDGMENT** |

*** *** ***

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1. the Defendants' motion to dismiss (DE 48) is GRANTED;

2. judgment is ENTERED in favor of the Defendants on all claims;

3. this judgment is FINAL and APPEALABLE; and

4. this matter is STRICKEN from the Court's active docket.

This 22nd day of January, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY