UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC, <br><br> **Plaintiff,** <br><br> v. <br><br> **JUSTIN MADDIX,** *et al.*, <br><br> **Defendants.** | CASE NO. 5:24-CV-63-KKC <br><br><br> **ORDER** |

\*\*\* \*\*\* \*\*\*

In a previous Order, the Court granted Defendants' motion to dismiss Plaintiff's claims brought against them. (DE 55.) The Court, at the same time, filed a Judgment that entered judgment in favor of Defendants on all counts and closed this action. (DE 56.) It has since determined that various counterclaims of the Defendants remain pending.

Accordingly, the Court hereby ORDERS as follows:

1. this matter is REOPENED in the Court's active docket; and

2. the Court's January 22, 2025 Judgment (DE 56) is SET ASIDE pursuant to Rule 60(a).

This 7th day of February, 2025.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY