# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) ) | PLAINTIFF |
| vs. | ) ) ) | Case No. 5:24-cv-00063 |
| STEPHEN WOOD; CAYMAN LANE, LLC; and | ) ) ) | DEFENDANTS |
| JUSTIN MADDIX | ) ) | DEFENDANT AND THIRD PARTY PLAINTIFF |
| vs. | ) ) | |
| JOHN GASTON | ) | THIRD PARTY DEFENDANT |

**\* \* \* \***

## NOTICE OF SERVICE OF RULE 26 DISCLOSURES BY DEFENDANTS STEPHEN WOOD AND CAYMAN LANE, LLC

**\* \* \* \***

Please take notice that the Defendants, Stephen Wood and Cayman Lane, LLC, by counsel, served a copy of their FRCP 26(a)(1) Disclosures via email and U.S. Post to counsel for all parties on March 28, 2025.

s/James M. Mooney
Dan M. Rose, Esq.
J. Wesley Harned, Esq.
James M. Mooney, Esq.
ROSE CAMENISCH STEWART MAINS PLLC
326 South Broadway
Lexington, Kentucky 40508
Phone: (859) 721-2100
E-mail:    dan.rose@rcsmlaw.com
           wes.harned@rcsmlaw.com
           jim.mooney@rcsmlaw.com

Attorneys for Defendants, Stephen Wood and Cayman Lane, LLC

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed with the Court's E- Filing System on the 28th day of March, 2025, which serves an electronic copy to the following:

Joshua M. Smith, Esq. (jms@sspfirm.com)
Jeffrey M. Nye, Esq. (jmn@sspfirm.com)
Bailey E. Sharpe, Esq. (bes@sspfirm.com)
STAGNARO, SABA & PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208

James O'Toole, Esq. (jotoole@soblawfirm.com)
SMITH, O'TOOLE & BROOKE
3080 Harrodsburg Road., #101
Lexington, Kentucky 40503

George Rikos, Esq. (george@georgerikoslaw.com)
555 West Beech Street, #500
San Diego, California 92101

                                               s/James M. Mooney
                                               James M. Mooney, Esq.

                                               Attorney for Defendants, Stephen Wood and Cayman Lane, LLC