# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC | **Case no. 5:24-cv-0063** |
| Plaintiff | **Judge Caldwell** |
| v. | |
| Justin Maddix, et al. | **PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE A COUNTERCLAIM** |
| Defendants. | |

This matter came before the Court on John Gaston's Motion for Leave to File a Counterclaim [doc. 64].

Based upon the Motion and for good cause shown, this Court finds the Motion well-taken and is hereby **GRANTED**. As a result, Gaston is directed to file his counterclaim within seven days of this order.

IT IS SO ORDERED.

_____
Judge Karen K. Caldwell

Submitted by:

*/s/ Joshua M. Smith*
Joshua M. Smith
Jeffrey M. Nye (pro hac vice)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6715
(513) 533-2999 (fax)

jms@sspfirm.com
jmn@sspfirm.com