# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) ) ) | PLAINTIFF |
| vs. | ) ) | Case No. 5:24-cv-00063 |
| STEPHEN WOOD; LEXINGTON 859 SERVICE, LLC; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; 5515 HUNT CLUB LN LLC; and | ) ) ) ) ) ) | DEFENDANTS |
| JUSTIN MADDIX | ) ) ) | DEFENDANT AND THIRD PARTY PLAINTIFF |
| vs. | ) ) | |
| JOHN GASTON | ) | THIRD-PARTY DEFENDANT |

**\* \* \* \***
**NOTICE OF SERVICE OF FIRST REQUEST FOR PRODUCTION OF DOCUMENTS FROM DEFENDANTS, STEPHEN WOOD; CAYMAN LANE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; AND 5515 HUNT CLUB LN LLC TO PLAINTIFF, OAK 44 PROPERTY MANAGEMENT, LLC, AND THIRD PARTY DEFENDANT, JOHN GASTON**
**\* \* \* \***

Please take notice that the Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC, by counsel, served a copy of their First Request for Production of Documents to Plaintiff, Oak 44 Property Management, LLC, and the Third Party Defendant, John Gaston, via email and/or U.S. Post to counsel for all parties on April 3, 2017.

s/James M. Mooney
Dan M. Rose, Esq.
J. Wesley Harned, Esq.
James M. Mooney, Esq.
ROSE CAMENISCH STEWART MAINS PLLC
326 South Broadway
Lexington, Kentucky 40508

Phone: (859) 721-2100
E-mail:  dan.rose@rcsmlaw.com
wes.harned@rcsmlaw.com
jim.mooney@rcsmlaw.com

Attorneys for Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically through the ECF system on this the 19th day of September, 2025.

s/James M. Mooney
James M. Mooney, Esq.

Attorney for Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC