UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 21-123-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| JUAN JASSO-TORRES, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Juan Jasso-Torres has submitted a form motion for a reduction in his sentence pursuant to Amendment 821 to the United States Sentencing Guidelines. [Record No. 192]  Amendment 821 affected the number of criminal history points assigned to some defendants at the time of their original sentencing hearing. Part A of Amendment 821 eliminated all "status points" for defendants with six or fewer criminal history points. *See* U.S.S.G. Amend. 821, eff. Nov. 1, 2023. And Part B of Amendment 821 provided adjustments for certain zero-point offenders.

While Jasso-Torres did have fewer than six criminal history points at the time of sentencing, he received no "status points" in his criminal history computation. And he was not a zero-point offender. Therefore, Amendment 821 has no bearing on the sentence he received.

Accordingly, it is hereby **ORDERED** that Defendant Juan Jasso-Torres' motion for a sentence reduction [Record No 192] is **DENIED**.

Dated:  November 20, 2025.

<u>Danny C. Reeves, District Judge</u>
United States District Court
Eastern District of Kentucky