# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) | **PLAINTIFF** |
| | ) | |
| vs. | ) | Case No. 5:24-cv-00063 |
| | ) | |
| LEXINGTON 859 SERVICE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; 5515 HUNT CLUB LN LLC; and | ) ) ) ) | **DEFENDANTS** |
| JUSTIN MADDIX; STEPHEN WOOD and CAYMAN LANE, LLC | ) ) ) | **DEFENDANTS AND THIRD PARTY PLAINTIFFS** |
| vs. | ) | |
| | ) | |
| JOHN GASTON | ) | **THIRD PARTY DEFENDANT** |

**\* \* \* \***
# ORDER
**\* \* \* \***

This case having come before the Court upon the motion of the Third Party Plaintiffs, Stephen Wood and Cayman Lane, LLC, to modify the current Scheduling Order [Dkt. 60] and Pretrial Order [Dkt. 61], and the Court having reviewed the pleadings and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the Third Party Plaintiffs' motion is **GRANTED** and the parties shall:

    (a)    Reconvene for a FRCP Rule 26(f) conference within seven (7) days of this Order; and

    (b)    File a joint discovery plan within fourteen (14) days after the FRCP Rule 26(f) conference that (i) compresses the remaining case deadlines, including an extension and targeted re-opening of fact discovery solely as to the remaining claims and parties; (ii) adjusts expert

1

disclosure and expert discovery deadlines accordingly; and (iii) maintains or efficiently resets the dispositive and Daubert motion deadlines to reflect the narrowed issues.

**IT IS FURTHER ORDERED** that pending submission of the joint proposal, the current February 6, 2026 fact discovery deadline shall be extended to such date to be set forth in the revised discovery plan the parties will propose for the limited purpose of completing discovery tailored to the remaining claims identified by the Court's November 20, 2025 Opinion & Order.

**THIS** the \_\_\_\_ day of _____, 2026.