**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| **OAK 44 PROPERTY MANAGEMENT, LLC,** | **CIVIL NO. 5:24-cv-63-KKC-MAS** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **JUSTIN MADDIX,** *et al.***,** | |
| **Defendants.** | |

Third Party Plaintiffs Stephen Wood and Cayman Lane, LLC have filed a motion to modify the scheduling order. (R. 71.) The Court hereby **ORDERS** that, if any party objects to the motion, a response may be filed by **February 17, 2026.**

This 9th day of February, 2026.

Signed By:

*Karen K. Caldwell* KKC

**United States District Judge**