UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| Oak 44 Property Management, LLC | **Case no. 5:24-cv-0063** |
| Plaintiff | **Judge Caldwell** |
| v. | |
| Justin Maddix, et al. | **RESPONSE TO MOTION TO AMEND/CORRECT** |
| Defendants. | |

The Court has ordered (doc. 72) the parties to respond to the motion to correct/amend the scheduling order (doc. 71).

Counterclaim defendants John Gaston and Oak 44 do not oppose the motion.

    /s/ Joshua M. Smith
Jeffrey M. Nye
Joshua M. Smith
SSP Law Co., LPA
2623 Erie Avenue
Cincinnati, OH 45208
jmn@sspfirm.com
jms@sspfirm.com
513-533-2700
513-533-2999 – fax
*Counsel for Gaston and Oak 44*

1