UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC, | CIVIL ACTION NO. 5:24-cv-63-KKC-MAS |
| Plaintiff, | |
| V. | **SCHEDULING ORDER** |
| JUSTIN MADDIX, et al. | |
| Defendants. | |

**\*\*\* \*\*\* \*\*\***

Pursuant to Fed.R.Civ.P. 16, the Court, having considered the Joint Report of the Parties' Planning Meeting [DE 75], hereby **ORDERS**:

1. The following deadlines shall be observed in this action:

    (a) Counsel for parties shall exchange information required by Rule 26(a)(1) by **March 13, 2026**.   These disclosures need not be filed in the Court record;

    (b) Parties shall have TO AND INCLUDING **April 3, 2026** by which to file any motions to join additional parties or to amend pleadings;

    (c) Rule 26(a)(2) reports from expert trial witnesses are due:

    (i)  From Plaintiffs by **August 14, 2026;**

    (ii) From Defendant by **September 25, 2026;**

    (d) Parties must make any supplements to an expert's disclosures within 14 days of that expert's deposition;

    (e) Discovery:  All fact discovery shall be completed by **July 3, 2026**. All **e**xpert Discovery shall be completed by **November 6, 2026.**

The parties shall complete all discovery with requests served in a manner calculated for response compliant with the deadline;  and

(f) All dispositive and any *Daubert* motions shall be filed no later than **December 18, 2026 with response and reply time as per Local Rule 7.1(c)**.  No extensions of time may be granted by the United States Magistrate Judge or by agreement of the parties. Applications for extensions of time will be granted by the trial judge only upon good cause shown.

2. No motions to compel, nor any other motions relating to a discovery dispute, shall be filed unless all counsel involved in such dispute have first conferred as directed by Fed.R.Civ.P. 37(a)(2)(A).

3. By virtue of the December 1, 2000 amendment of Fed.R.Civ.P. 5(d), the parties shall observe the following directives regarding the filing of discovery materials in this case unless the court otherwise specifically so orders:

(a) Rule 26(a)(I) Initial Disclosures, Interrogatories and Answers or other responses thereto, Requests for Production of Documents and Answers or other responses thereto, Requests for Admission and Answers thereto, and any documents or tangible things produced pursuant to such discovery requests, as well as any discovery depositions not subject to part (b) below, **shall <u>not</u> be filed**; and

(b) The portions of any discovery depositions cited in any motion, including motions for summary judgment, **or which may be used at trial** for impeachment or other purposes, and any other discovery materials necessary to the decision of any motion filed herein **<u>shall</u> be filed** of record in this case.

2

4. **No extensions of the deadlines set in this order, or those contained in the separate pretrial conference order also entered this date shall be granted unless an appropriate motion is filed prior to expiration of the deadline in question, and upon a showing of good cause beyond the control of counsel in the exercise of due diligence**.

5. This matter is assigned for a TELEPHONIC PRETRIAL CONFERENCE before the trial judge on **June 10, 2027 at 1:00 p.m., at the U.S. District Courthouse, Lexington, Kentucky.  A separate Order with call information will be entered prior to the Pretrial Conference.**

6. This action is hereby set for JURY TRIAL on **June 28, 2027 at 9:00 a.m. at Lexington, Kentucky.** Counsel should be present by 8:30 a.m.  The Court will set aside **three (3) days** for trial.

7. Pursuant to  28 U.S.C. §636(b)(1)(A), this matter remains referred to the Magistrate Judge Matthew A. Stinnett draw for purposes as listed in the Court's previously filed Scheduling Order dated February 24, 2025. (DE # 60).

8. All deadlines listed in the Pretrial Order dated February 24, 2025 (DE #61) shall be relative to the new pretrial conference date listed above.

Dated: March 24, 2026.



Signed By:

_Karen K. Caldwell_

United States District Judge