**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | | |
|---|---|---|
| OAK 44 PROPERTY MANAGEMENT, LLC | ) ) | PLAINTIFF |
| | ) | |
| vs. | ) | Case No. 5:24-cv-00063 |
| | ) | |
| LEXINGTON 859 SERVICE, LLC; PARK 12 PROPERTY MANAGEMENT LLC; 5515, LLC; 5515 HUNT CLUB LN LLC; and | ) ) ) | DEFENDANTS |
| | ) | |
| JUSTIN MADDIX, STEPHEN WOOD, and CAYMAN LANE, LLC | ) ) ) | DEFENDANTS AND THIRD-PARTY PLAINTIFFS |
| vs. | ) | |
| | ) | |
| JOHN GASTON | ) | THIRD PARTY DEFENDANT |

\* \* \* \*
**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**
\* \* \* \*

Come Dan M. Rose, J. Wesley Harned, James M. Mooney, and the firm of Rose Camenisch Stewart Mains, PLLC (collectively, "RCSM") pursuant to LR 83.6(b) and hereby give notice to the Court of RCSM's withdrawal as counsel of record for the Defendants, Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC, and the Defendants and Third-Party Plaintiffs, Stephen Wood and Cayman Lane, LLC (collectively, the "Wood Parties").

Pursuant to LR 83.6(b), the Wood Parties have been provided notice of RCSM's intent to withdraw as counsel, and following that withdrawal, the Wood Parties will continue to be represented by George D. Rikos, Esq. as remaining counsel of record for the Wood Parties.

1

(DN 22).  In further accordance with LR 83.6, this Notice is not filed within twenty-one (21) days of trial or a hearing on any motion for judgment or dismissal.[1]

Respectfully submitted,

/s/James M. Mooney
Dan M. Rose, Esq.
J. Wesley Harned, Esq.
James M. Mooney, Esq.
ROSE CAMENISCH STEWART MAINS PLLC
326 South Broadway
Lexington, Kentucky  40508
Phone: (859) 721-2100
E-mail:dan.rose@rcsmlaw.com
        wes.harned@rcsmlaw.com
        jim.mooney@rcsmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was filed with the Court's E-Filing System on the 26th day of May, 2026, which serves an electronic copy to the following:

Jeffrey M. Nye, Esq.
Joshua M. Smith, Esq.
Bailey E. Sharpe, Esq.
STAGNARO, SABA & PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio  45208

James O'Toole, Esq.
O'TOOLE & WILLIAMS LAW
3080 Harrodsburg Road., #101
Lexington, Kentucky  40503

George Rikos, Esq.
555 West Beech Street, #500
San Diego, California  92101

---

[1]    Dispositive motions are due no later than December 18, 2026, and trial is set for June 28, 2027.  (DN 76).

2

I further certify that I served a copy of the foregoing Notice by email and U.S. Post, first class mail, postage prepaid to the following on this the 26th day of May, 2026:

Stephen Wood (stephen@ironwoodcapital.net)
1431 Dixie Highway, #101
Covington, KY  41011

/s/James M. Mooney
James M .Mooney

Attorney for Defendants, Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC

3