**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

| | | |
|---|---|---|
| Oak 44 Property Management, LLC | ) | Plaintiff |
| | ) | |
| vs. | ) | Case No. 5:24-cv-00063 |
| | ) | |
| Lexington 859 Service, LLC; | ) | |
| Park 12 Property Management LLC; 5515, LLC; | ) | |
| 5515 Hunt Club Ln LLC; | ) | Defendants |
| | ) | |
| and | ) | |
| | ) | |
| Justin Maddix; Stephen Wood; Cayman Lane LLC | ) | Defendants and Third Party Plaintiffs |
| | ) | |
| vs. | ) | |
| | ) | |
| John Gaston | ) | Third Party Defendant |

## NOTICE OF ENTRY OF APPEARANCE

Comes Edward "Ted" Houlehan, Esq., and gives his Notice of Entry of Appearance as counsel for the Defendants Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC, and the Defendants and Third-Party Plaintiffs Stephen Wood and Cayman Lane, LLC (collectively, the "Wood Parties") in this matter. Any further pleadings, correspondence, or other communication directed to the Wood Parties herein should be delivered to the undersigned. The Wood parties will also continue to be represented by George D. Rikos, Esq.

Respectfully submitted,

*/s/ Ted Houlehan*_____

Edward "Ted" Houlehan, Esq.
858 West Main Street #104
Lexington, Kentucky 40508
859-444-4698
ted@lexingtonkylawfirm.com
**Counsel for Stephen Wood; Cayman Lane, LLC;**
**Park 12 Property Management LLC;**
**5515, LLC; and 5515 Hunt Club Ln LLC**

1

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was filed with the Court's

e-filing system on the 11th day of June, 2026, which serves an electronic copy to the following:

Jeffrey M. Nye, Esq.
Joshua M. Smith, Esq.
Bailey E. Sharpe, Esq.
Adam P. Stickney, Esq.
SSP Law Co., LPA
2623 Erie Ave
Cincinnati, Ohio 45208
jmn@sspfirm.com
jms@sspfirm.com
bes@sspfirm.com
aps@sspfirm.com
**Counsel for Oak 44 Property Management, LLC and John Gaston**

James O'Toole, Esq.
O'Toole & Williams Law
3080 Harrodsburg Road, Suite 101
Lexington, Kentucky 40503
jotoole@owlawky.com
**Counsel for Justin Maddix and Lexington 859 Service LLC**

George Rikos, Esq.
555 West Beech Street #500
San Diego, California 92101
george@georgerikoslaw.com
**Counsel for Stephen Wood; Cayman Lane, LLC; Park 12 Property Management LLC; 5515, LLC; and 5515 Hunt Club Ln LLC**

> /s/ Ted Houlehan_____
> **Ted Houlehan**
> **Counsel for Stephen Wood; Cayman Lane, LLC;**
> **Park 12 Property Management LLC;**
> **5515, LLC; and 5515 Hunt Club Ln LLC**